# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## MOBILE DIVISION

| | | |
|---|---|---|
| **WILLIAM HEATH HORNADY, CHRISTOPHER MILLER and TAKENDRIC STEWART, Individually and on behalf of all other similarly situated,** | ) ) ) ) ) ) | |
| **Plaintiff,** | ) ) | **CIVIL ACTION NO. 1-18-cv-317-CG-N** |
| **vs.** | ) ) | |
| **OUTOKUMPU STAINLESS USA, LLC,** | ) ) ) | |
| **Defendant.** | ) ) | |

## JOINT STIPULATION SETTING DEADLINE TO RESPOND

Plaintiffs William Heath Hornady, Christopher Miller, and Takendric Stewart, individually and behalf of all others similarly situated, and Defendant Outokumpu Stainless USA, LLC, stipulate that the deadline to answer or otherwise respond to Plaintiffs' First Amended Complaint is August 24, 2018.

This submission is filed by counsel for Defendant with the consent of Plaintiffs' counsel.

Dated:  August 13, 2018

s/ Ian D. Rosenthal
_____
Ian D. Rosenthal
P. O. Box 195
Mobile, AL  36601
Attorneys for Plaintiff
(251) 432-8883 (office)
(251) 432-8884 (fax)

s/ Jennifer Fox Swain
_____
Jennifer Fox Swain ASB-7761-I67J

Attorney for Defendant
Littler Mendelson, P.C.
Wells Fargo Tower
Suite 2300
420 20th Street North
Birmingham, AL  35203-3204
Telephone: 205.421.4700
Facsimile: 205.421.4699
jswain@littler.com