**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **WILLIAM HEATH HORNADY, CHRISTOPHER MILLER, TAKENDRIC STEWART, Individually and on behalf of all others similarly situated,** | ) | |
| Plaintiffs, | ) | CASE NO.: 18-cv- 317-JB-N |
| v. | ) | |
| **OUTOKUMPU STAINLESS USA, LLC,** | ) | |
| Defendant. | | |

## CONSENT TO BECOME A PARTY PLAINTIFF

I, Marvin Washington, hereby consent to become a party Plaintiff in the above-captioned lawsuit styled William Heath Hornady, et al. v. Outokumpu Stainless USA, LLC to collect amounts due under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or applicable federal or state law for work performed for Outokumpu Stainless USA, LLC.

Date: 3-22, 2019.

Marvin Washington
SIGNATURE

Marvin Washington
Print Name

221 Martin Cut-off Road
Address (Required)

Leroy, Alabama 36548
City, State and Zip Code

205-242-6598
Day Phone no. – Include Area Code (Required)