IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM HEATH HORNADY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:18-00317-JB-N |
| | ) |
| OUTOKUMPU STAINLESS USA, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**UNOPPOSED CONSENT TO BECOME A PARTY PLAINTIFF**

1. I, Jonathan Baker, consent to become a party Plaintiff in the above-captioned lawsuit styled William Heath Hornady, et al. v. Outokumpu Stainless USA, LLC to assert claims I may have under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or applicable federal or state law for work performed for Outokumpu Stainless USA, LLC.
2. I am now employed by Outokumpu in Calvert, Alabama in an hourly-paid, manufacturing position OR I was last employed by Outokumpu in such a position after July 30, 2015.
3. I specifically authorize the named Plaintiffs, and counsel of record for the named Plaintiffs, Ian Rosenthal Esq., and Holston, Vaughan & Rosenthal, LLC, to represent me in this lawsuit.
4. Counsel for Defendant has been consulted as to this filing and Defendant does not object.

Date: Jan. 22, 2020.

SIGNATURE

Print Name: Jonathan Baker

Address (Required): 1711 Weaver Dr.

City, State, and Zip Code: Eight Mile AL, 36613

Day Phone No. – Include Area Code (Required): 251-463-8373