## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM HEATH HORNADY, CHRISTOPHER MILLER and TAKENDRIC STEWART, individually and on behalf of all other similarly situated,<br>    Plaintiffs,<br><br>v.<br><br>OUTOKUMPU STAINLESS USA, LLC,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **CIVIL ACTION NO. 18-00317-JB-N**<br>)<br>)<br>)<br>)<br>) |

## ORDER

This action is before the Court on the "Plaintiffs' Motion for Sanctions, Related Motion to Compel with Incorporated Brief (and Request for Expedited Briefing Schedule)" (Doc. 216) filed June 15, 2020, the Defendant's response (Doc. 220) in opposition to that motion filed June 22, 2020, and the "Plaintiffs' Motion to Extend Deadline Provided for in Section 7 of May 8, 2020 Scheduling Order" (Doc. 222) filed July 6, 2020.[1] The undersigned held a hearing for said motions on the record with the parties on July 16, 2020.

Upon due consideration of the motions and the matters discussed at the hearing, the following is **ORDERED**:

---

[1] The assigned District Judge has referred said motions to the undersigned Magistrate Judge for appropriate action under 28 U.S.C. § 636(a)-(b), Federal Rule of Civil Procedure 72, and S.D. Ala. GenLR 72(a).  *See* (Doc. 221, PageID.2633); S.D. Ala. GenLR 72(b); (7/6/2020 electronic reference).

1. The "Plaintiffs' Motion for Sanctions, Related Motion to Compel with Incorporated Brief (and Request for Expedited Briefing Schedule)" (Doc. 216) is **DENIED** at this time to allow the Defendant an opportunity to subpoena relevant information from third-party payroll timekeeping servicer ADP. The Plaintiffs may renew that motion at an appropriate time if the Defendant fails to timely subpoena ADP, or if its efforts are unsuccessful.

2. The Defendant must serve a subpoena on ADP seeking the information relevant to the "Plaintiffs' Motion for Sanctions, Related Motion to Compel with Incorporated Brief (and Request for Expedited Briefing Schedule)" (Doc. 216), and file notice certifying same with the Court, no later than **Wednesday, July 29, 2020**. Any such subpoena must demand production of the information as promptly as possible, while still giving ADP "a reasonable time to comply…" Fed. R. Civ. P. 45(d)(3)(A)(i).

3. The "Plaintiffs' Motion to Extend Deadline Provided for in Section 7 of May 8, 2020 Scheduling Order" (Doc. 222) is **GRANTED** as follows: The Plaintiffs' deadline to serve Fed. R. Civ. P. 26(a)(2) expert disclosures for Jeff Mroz only is hereby **STAYED** until otherwise ordered.

    **DONE** and **ORDERED** this the 22nd day of July 2020.

> /s/ Katherine P. Nelson
> **KATHERINE P. NELSON**
> **UNITED STATES MAGISTRATE JUDGE**