## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| **WILLIAM HEATH HORNADY**, **CHRISTOPHER MILLER and TAKENDRIC STEWART, Individually and on behalf of all others similarly situated,**<br><br>Plaintiffs,<br><br>v.<br><br>**OUTOKUMPU STAINLESS USA, LLC,**<br><br>Defendant. | )<br>)<br>)<br>)<br>) CASE NO.: 1:18-cv-00317-JB-N<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### **DEFENDANT'S NOTICE**

Defendant files this notice to apprise the Court of what has been provided by ADP to date. ADP has provided a large Excel report of pay data for hourly employees. The Excel spreadsheet encompasses all hourly employees throughout the entire Company. As such, Defendant is working to narrow the report to reflect only those hourly employees who have opted in to this action as their pay information is the only information sought. In addition to all hourly employees for every pay date from January 2018 to January 2021, the Excel spreadsheet includes many columns of information, including, but not limited to, the employee's hourly rate, pay date, period begin date, period end date, regular hours total, overtime hours total, holiday hours total, vacation hours total, night shift regular hours total, night shift overtime hours total, regular earnings total, night shift earnings total, regular overtime earnings total, and information for applicable taxes and withholdings. Defendant provided an example of the extensive columns to Plaintiffs' counsel to demonstrate what information is currently contained in the Excel spreadsheet and counsel for the parties spent a meaningful time discussing the data. While the parties agree that there is a lot of

requested information in the Excel spreadsheet, the parties conferred on potential other fields they are seeking to determine if those are available to be added to the report, and ADP is continuing to work on assisting with those more specific inquiries.

Respectfully submitted this 4th day of March, 2021.

                                                */s/ Gavin S. Appleby*
                                                Jennifer F. Swain, ASB-7761-I67J

**OF COUNSEL:**
**LITTLER MENDELSON, P.C.**
420 20th Street North, Suite 2300
Birmingham, AL 35203-3204
Telephone: (205) 421-4700
jswain@littler.com

                                                Gavin S. Appleby, GA Bar 020825
                                                (Admitted *pro hac vice*)
                                                Sinead Daly, GA Bar 612459
                                                (Admitted *pro hac vice)*

**OF COUNSEL:**
**LITTLER MENDELSON, P.C.**
3424 Peachtree Road N.E., Suite 1200
Atlanta, GA 30326
Phone: (404) 233-0330
Facsimile: (404) 233-2361
gappleby@littler.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2021, **Defendant's Notice** was filed electronically through the ECF system, is available for viewing and downloading from the ECF system and will be sent electronically to the registered participants identified on the Notice of Electronic Filings, including Plaintiffs' counsel of record as follows:

Ian D. Rosenthal
HOLSTON, VAUGHAN & ROSENTHAL, LLC
P. O. Box 195
Mobile, AL  36601
idr@holstonvaughan.com


Patrick H. Sims
SIMS LAW FIRM, LLC
P. O. Box 7112
Mobile, AL  36670
Tel: 251.725.1316
patrick@simslawfirm.net

*/s/ Gavin S. Appleby*
Gavin S. Appleby
Counsel for Defendant