# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIAM HEATH HORNADY, et al.,** | * | |
| | * | |
|    Plaintiffs, | * | |
| | * | |
| v. | * | Case No. 1:18-cv-00317 |
| | * | |
| **OUTOKUMPU STAINLESS USA,** | * | |
| | * | |
|    Defendant. | * | |

## SUPPLEMENT TO ADP, INC.'S BRIEF ADDRESSING
## SECOND ORDER TO SHOW CAUSE (DOC. 298)

On March 11, 2021, ADP, Inc. ("ADP") filed a brief responding to this Court's Second Order to Show Cause (Doc. 298). Attached to ADP's response, it filed a Declaration of Alice Quinn, which was unsigned. Ms. Quinn was able to sign her declaration this morning, and ADP hereby attaches the signed declaration hereto as "Exhibit 1."

Additionally, during a meeting with Ms. Quinn this morning, she informed the undersigned counsel that ADP received a copy of the Court's original show-cause Order (Doc. 288) in the mail on March 3, 2021 (*i.e.*, two days before the March 5th hearing).[1] Ms. Quinn knows that because it is her responsibility to obtain and review the mail delivered to ADP's legal department, and she personally discovered the Order in the mail on March 3rd. On March 1st (and the business days preceding it), Ms. Quinn had checked the mail and the Order was not there. Thus, Ms. Quinn believes the Order arrived to ADP's legal department on either March 2nd or 3rd.[2]

---

[1] This was two days after Defense Counsel had emailed the Order to Ms. Quinn on March 1st, which was the first time Ms. Quinn (or anyone at ADP) became aware of the Order. *See* (Doc. 300) and Ms. Quinn's Declaration.

[2] Ms. Quinn worked from home on March 2nd and, thus, did not check the legal department's mail that day.

Respectfully submitted,

*/s/ Matthew R. Jackson*
MATTHEW R. JACKSON (JACKM7882)
GARRETT ZOGHBY (ZOGHG7748)
*Attorneys for ADP, Inc.*

**OF COUNSEL:**
ADAMS AND REESE LLP
11 N. Water Street, Suite 23200
Mobile, Alabama 36602
(251) 433-3234 Main
(251) 438-7733 Fax
matt.jackson@arlaw.com
garrett.zoghby@arlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that, on **March 12th, 2021**, I served a copy of the foregoing pleading upon all counsel of record by electronically filing same with the Clerk of Court using the CM/ECF System.

*/s/ Matthew R. Jackson*
OF COUNSEL