IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIAM HEATH HORNADY, et al.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **Case No. 1:17-cv-00327** |
| | * | |
| **OUTOKUMPU STAINLESS USA,** | * | |
| | * | |
| **Defendants.** | * | |

## DECLARATION OF ALICE QUINN

Pursuant to 28 U.S.C. § 1746, I hereby declare the following:

1.      My name is Alice Quinn.  I reside in New Jersey.  I am over the age of 21 years and am fully competent to testify regarding these matters, all of which are based on my own personal knowledge.

2.      I am a paralegal and am employed by ADP, Inc. ("ADP") as a Senior Legal Assistant.  I have been employed by ADP for over 25 years.  During that time, my job duties have consisted primarily of responding to subpoenas served upon ADP.

3.      I am familiar with ADP's efforts to comply with the Defendant's subpoena to ADP ("the Subpoena") in the above-referenced case and the communications between Defendant and ADP concerning the Subpoena to date.  I handled the large majority of those communications on ADP's behalf.  My email correspondence concerning the Subpoena is attached hereto as "Exhibit 1-A."

4.      On July 29, 2020, ADP received the Subpoena via email and FedEx.  On that same day, I was contacted by a paralegal from Littler Mendelson about the Subpoena.  I was familiar with Littler Mendelson because I knew that firm also represented ADP in certain legal matters.

5.      The next day, July 30, 2020, the Littler Mendelson paralegal and I exchanged emails to schedule a phone call about the Subpoena.  On July 31, 2020, the Littler Mendelson paralegal and I had a conference call regarding the Subpoena.

6.      On August 3, 2020, Littler Mendelson attorneys and I had another conference call regarding the Subpoena. During the call, I stated that, in response to subpoenas, ADP's practice is to produce responsive records as they are kept in the ordinary course of business, and that ADP does not ordinarily create reports in response to non-party subpoenas because, for example, there are hundreds of different fields to be queried, it sometimes does not provide a complete and/or accurate depiction of historical payrolls that were processed, there can potentially be errors/omissions, etc., and that the most accurate records are the ones we maintain in PDF format. I further explained that the payroll contact for Defendant should be able to create the requested report in Excel format, as its payroll software has a tool that allows them to create reports.  I also mentioned that ADP is not a "records custodian" for its payroll clients and that ADP stores its clients' data for a limited period of time. I further explained that the best report that ADP maintains is a Payroll Register report that is generated after each payroll and kept in PDF format. The Littler Mendelson attorneys did not express any dissatisfaction about this, and they asked for a sample Payroll Register report to review.

7.      That same day I made an internal request for the Payroll Register reports that were generated in June 2020. On August 5, 2020, I sent the Littler Mendelson attorneys the Payroll Register reports from June 2020.

8.      On August 10, 2020, Littler Mendelson attorneys sent me an email asking if ADP could produce a report similar to Payroll Register but by individual named employees (instead of all employees). I confirmed that was not possible and suggested that, if only certain employees

should be seen, the Payroll Register reports could be redacted. Additionally, I advised again that, alternatively, the payroll contact for Defendant can create a report in Excel format.

9.      On August 14, 2020, Littler Mendelson attorneys sent me an email asking how the Defendant's payroll contact can select individual employees and whether ADP could obtain timekeeping records for 11 Outokumpu employees.

10.     On August 17, 2020, I emailed the Littler Mendelson attorneys and provided them with contact information for an ADP associate (Sid Johnson) to assist Defendant in creating reports in Excel format. I further informed the Littler Mendelson attorneys that ADP cannot produce timekeeping records for a selected number of employees, and that any such file would contain all employee records. I provided the Littler Mendelson attorneys with a price quote for the restoration of historical Payroll Register reports since that is what they had requested.

11.     On October 8, 2020, Littler Mendelson attorneys emailed me stating that Defendant had not been able to create individualized Excel reports, and they asked that ADP restore Payroll Register reports back as far as ADP can.

12.     On October 13, 2020, I emailed the Littler Mendelson attorneys and advised that ADP could restore the Payroll Register reports back to 2018, and I provided the cost of the reports. The Littler Mendelson attorneys asked me to send them the reports when they were ready along with an invoice for same. Later that day, I sent to the Littler Mendelson attorneys the reports and invoice as requested.

13.     From mid-October 2020 to mid-February 2021, I did not hear from the Littler Mendelson attorneys regarding the Subpoena. At this time, I believed ADP's production was adequate and that ADP remained in compliance with the Subpoena.

14.     On February 17, 2021, the Littler Mendelson attorneys emailed me stating that they were able to speak with someone at ADP to gain a better understanding of how the Regular Rate of Pay process is done. In this email, they also stated that they needed reports in Excel format. I replied that while ADP ordinarily does not create reports in response to subpoenas, ADP would be willing to create an Excel report (treating it as a direct request from the client, Outokumpu) if the Littler Mendelson attorneys would provide me with the desired time period and fields they are seeking since there are hundreds of fields that can be captured.

15.     I did not hear back from the Littler Mendelson attorneys for many days, until March 1, 2021. On March 1, 2021, the Littler Mendelson attorneys provided the desired time period and fields, and they also attached a copy of this Court's Show Cause Order. This was the first time ADP was provided with this Court's Show Cause Order. In the email, the Littler Mendelson attorneys advised me that the Show Cause Hearing would likely be cancelled if I provided the Excel spreadsheet before March 5, 2021.

16.     On March 3, 2021, I sent to the Littler Mendelson attorneys the hours and earnings report in Excel format. ADP was only able to capture data back to January 1, 2018.

17.     The next day, March 4, 2021, the Littler Mendelson attorneys emailed me asking follow up questions about the report. At 5:40pm the Littler Mendelson attorneys informed me that the Show Cause Hearing was going forward, despite assuring me that the hearing would be cancelled.

18.     On March 5, 2021, the Littler Mendelson attorneys and I (as well as another ADP representative) had a conference call regarding questions about the report. I asked the Littler Mendelson attorneys if the hearing would be by phone or video, and the Littler Mendelson attorney suggested that ADP call the Court and ask.

4

19.    Based on communications with the Littler Mendelson attorneys, ADP has always believed that it was in full compliance with the Subpoena.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this _12_ day of March, 2021.


_____

ALICE QUINN

# Exhibit 1-A

| | |
|---|---|
| **From:** | Christensen, Amber R. <AChristensen@littler.com> |
| **Sent:** | Monday, August 3, 2020 1:04 PM |
| **To:** | Quinn, Alice (CORP) |
| **Subject:** | RE: Subpoena for Records |

<mark>WARNING: Do not click links or open attachments unless you recognize the source of the email and know the contents are safe.</mark>

Alice – Are you able to join?

**From:** Quinn, Alice (CORP) <alice.quinn@adp.com>
**Sent:** Friday, July 31, 2020 3:53 PM
**To:** Christensen, Amber R. <AChristensen@littler.com>
**Cc:** Daly, Sinead <SDaly@littler.com>; Appleby, Gavin <GAppleby@littler.com>
**Subject:** RE: Subpoena for Records

2:00 p.m. on Monday 8/3 works for me. I will be working remotely that afternoon so let me know the telephone number I should call.



Alice Quinn
Senior Legal Assistant

One ADP Blvd., M.S. 325, Roseland, NJ  07068
T: █████████    F: 973-974-3399

alice.quinn@adp.com



From: Christensen, Amber R. <AChristensen@littler.com>
**Sent:** Friday, July 31, 2020 2:21 PM
**To:** Quinn, Alice (CORP) <alice.quinn@adp.com>
**Cc:** Daly, Sinead <SDaly@littler.com>; Appleby, Gavin <GAppleby@littler.com>
**Subject:** RE: Subpoena for Records

<mark>WARNING: Do not click links or open attachments unless you recognize the source of the email and know the contents are safe.</mark>

Alice –

Thank you for talking to me this morning. I spoke with Sinead and we think it might be helpful to set up a time to talk. Do you have availability on Monday between 11 & 3?

Thank you
**Amber Christensen**
Sr. Paralegal
202.772.2537 direct, 202.842.0011 fax
AChristensen@littler.com



Labor & Employment Law Solutions | Local Everywhere
815 Connecticut Avenue, NW, Suite 400, Washington, DC 20006-4046

---

**From:** Quinn, Alice (CORP) <alice.quinn@adp.com>
**Sent:** Friday, July 31, 2020 9:45 AM
**To:** Christensen, Amber R. <AChristensen@littler.com>
**Cc:** Daly, Sinead <SDaly@littler.com>; Appleby, Gavin <GAppleby@littler.com>
**Subject:** RE: Subpoena for Records

Sure.



**Alice Quinn**
Senior Legal Assistant

One ADP Blvd., M.S. 325, Roseland, NJ  07068
T: ███████████     F: 973-974-3399

alice.quinn@adp.com



---

**From:** Christensen, Amber R. <AChristensen@littler.com>
**Sent:** Thursday, July 30, 2020 5:11 PM
**To:** Quinn, Alice (CORP) <alice.quinn@adp.com>
**Cc:** Daly, Sinead <SDaly@littler.com>; Appleby, Gavin <GAppleby@littler.com>
**Subject:** RE: Subpoena for Records

WARNING: Do not click links or open attachments unless you recognize the source of the email and know the contents are safe.

---

Alice – I have a meeting at 9:30. Can we do 10:30 instead?

**Amber Christensen**
Sr. Paralegal
202.772.2537 direct, 202.842.0011 fax
AChristensen@littler.com



Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
815 Connecticut Avenue, NW, Suite 400, Washington, DC 20006-4046

---

**From:** Quinn, Alice (CORP) <alice.quinn@adp.com>
**Sent:** Thursday, July 30, 2020 4:21 PM
**To:** Christensen, Amber R. <AChristensen@littler.com>
**Cc:** Daly, Sinead <SDaly@littler.com>; Appleby, Gavin <GAppleby@littler.com>
**Subject:** RE: Subpoena for Records

How about 10:00 a.m. E.S.T.?



Alice Quinn
Senior Legal Assistant

One ADP Blvd., M.S. 325, Roseland, NJ  07068
T: ▮▮▮▮▮▮▮▮      F: 973-974-3399


alice.quinn@adp.com

---

**From:** Christensen, Amber R. <AChristensen@littler.com>
**Sent:** Thursday, July 30, 2020 4:09 PM
**To:** Quinn, Alice (CORP) <alice.quinn@adp.com>
**Cc:** Daly, Sinead <SDaly@littler.com>; Appleby, Gavin <GAppleby@littler.com>
**Subject:** RE: Subpoena for Records

> **WARNING: Do not click links or open attachments unless you recognize the source of the email and know the contents are safe.**

---

Sure, I have some time tomorrow. Is there a time that is best for you?

**Amber Christensen**
Sr. Paralegal
202.772.2537 direct, 202.842.0011 fax
AChristensen@littler.com



Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
815 Connecticut Avenue, NW, Suite 400, Washington, DC 20006-4046

---

**From:** Quinn, Alice (CORP) <alice.quinn@adp.com>
**Sent:** Thursday, July 30, 2020 4:07 PM
**To:** Christensen, Amber R. <AChristensen@littler.com>
**Cc:** Daly, Sinead <SDaly@littler.com>; Appleby, Gavin <GAppleby@littler.com>
**Subject:** RE: Subpoena for Records

Hi Amber,

Would you be able to give me a call on Friday or Monday to discuss?



Alice Quinn
Senior Legal Assistant

One ADP Blvd., M.S. 325, Roseland, NJ  07068
T: ███████████   F: 973-974-3399

alice.quinn@adp.com



---

**From:** Christensen, Amber R. <AChristensen@littler.com>
**Sent:** Wednesday, July 29, 2020 4:39 PM
**To:** Quinn, Alice (CORP) <alice.quinn@adp.com>
**Cc:** Daly, Sinead <SDaly@littler.com>; Appleby, Gavin <GAppleby@littler.com>
**Subject:** Subpoena for Records

**WARNING:** Do not click links or open attachments unless you recognize the source of the email and know the contents are safe.

---

Alice –

Good afternoon. Nancy Delogu gave me your information and said you are the go-to for subpoenas. We have a class-action case in the Southern District of Alabama in which we have a court order to subpoena records from ADP. Is there a certain procedure we should follow for service?

As a head's up there will be two subpoenas. The first (attached) is for 11 individuals, with a return date of August 14. The second will include the rest of the class, approximately 275 people, with a return date of August 31. I will have that one to you by the end of the week.

If you have any questions or need clarification on any of the requested information, Gavin or Sinead (CCed here) will be happy to help. Finally, since we are requesting native & excel files, I can send you a link to Biscom, our secure FTP site, for the file transfer if you have not used it before.

Thank you in advance for your help. With kind regards,

**Amber Christensen**
Sr. Paralegal
202.772.2537 direct, 202.842.0011 fax
AChristensen@littler.com



**Fueled by ingenuity. Inspired by you.**

Labor & Employment Law Solutions | Local Everywhere
815 Connecticut Avenue, NW, Suite 400, Washington, DC 20006-4046

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

| | |
|---|---|
| **From:** | Daly, Sinead <SDaly@littler.com> |
| **Sent:** | Thursday, March 4, 2021 5:40 PM |
| **To:** | Quinn, Alice (CORP); Appleby, Gavin |
| **Cc:** | Christensen, Amber R. |
| **Subject:** | RE: Subpoena - Outokumpu Stainless USA |
| **Attachments:** | 2021.02.19 Outokumpu.Hornady [Dkt 288] Order setting hearing March 5, 2021 4814-2427-5933 1.pdf |

WARNING: Do not click links or open attachments unless you recognize the source of the email and know the contents are safe.

Hi Alice,

The hearing is still on for tomorrow.  I have re-attached the Order with the hearing details.  Is there someone that you all have down in that area who can appear?  We will file a Notice tonight to let the Court know the specific details of everything you provided in the Excel report to show that you have tried to comply with the subpoena.

As we have touched on, Plaintiffs raised the issue of the RROP missing from the Excel Report.  Additionally, there are some other questions related to step up rates (I can send an example separately) and
over time rates.  If it still works for you and Robin, let's plan to speak at 9:00 a.m. so that we can try to ascertain the ability to get some of these fields included.

**Sinead Daly**
Attorney at Law
404.760.3954 direct, 470.409.3623 mobile
SDaly@littler.com



Labor & Employment Law Solutions | Local Everywhere
3424 Peachtree Rd NE, Suite 1200, Atlanta, GA 30326

**From:** Quinn, Alice (CORP) <alice.quinn@adp.com>
**Sent:** Thursday, March 4, 2021 5:38 PM
**To:** Daly, Sinead <SDaly@littler.com>; Appleby, Gavin <GAppleby@littler.com>
**Cc:** Christensen, Amber R. <AChristensen@littler.com>
**Subject:** RE: Subpoena - Outokumpu Stainless USA

Ok.  Please let me know asap about tomorrow's hearing.



**Alice Quinn**
Senior Legal Assistant

One ADP Blvd., M.S. 325, Roseland, NJ  07068
T: ███████████    F: 973-974-3399

alice.quinn@adp.com



---

**From:** Daly, Sinead <SDaly@littler.com>
**Sent:** Thursday, March 4, 2021 4:58 PM
**To:** Quinn, Alice (CORP) <alice.quinn@adp.com>; Appleby, Gavin <GAppleby@littler.com>
**Cc:** Christensen, Amber R. <AChristensen@littler.com>
**Subject:** RE: Subpoena - Outokumpu Stainless USA

> WARNING: Do not click links or open attachments unless you recognize the source of the email and know the contents are safe.

---

Hi Alice,

Thank you for providing some availability.  I am going to confer with those who need to be on the call and will respond with our availability.  I am hoping for the 9 am time to try to resolve this entirely.  As a reminder, there is that hearing on the Court's Show Cause Hearing related to the subpoena to ADP that is set for tomorrow, **March 5, 2021 at 1:30 pm central**.  We are going to try to reach out to Plaintiffs' counsel now to see if it is possible to jointly let the Court know that ADP has provided an Excel report for all hourly employees but that we are still working out some of the exact fields included in the report.  We will let you know if we hear any differently as to the hearing.


**Sinead Daly**
Attorney at Law
404.760.3954 direct, 470.409.3623 mobile
SDaly@littler.com


**Fueled by ingenuity. Inspired by you.**

Labor & Employment Law Solutions | Local Everywhere
3424 Peachtree Rd NE, Suite 1200, Atlanta, GA 30326

**From:** Quinn, Alice (CORP) <alice.quinn@adp.com>
**Sent:** Thursday, March 4, 2021 3:06 PM
**To:** Daly, Sinead <SDaly@littler.com>; Appleby, Gavin <GAppleby@littler.com>
**Cc:** Christensen, Amber R. <AChristensen@littler.com>
**Subject:** RE: Subpoena - Outokumpu Stainless USA

Sinead,

Robin Raines and I are available tomorrow (Friday) at 9:00 a.m. or 12:00 noon to 2:00.  Monday at 1:00 p.m. or 4:00 p.m.  Tuesday at 11:00 a.m.



**Alice Quinn**
Senior Legal Assistant

One ADP Blvd., M.S. 325, Roseland, NJ  07068
T: ███████████     F: 973-974-3399



alice.quinn@adp.com

---

**From:** Daly, Sinead <SDaly@littler.com>
**Sent:** Thursday, March 4, 2021 2:03 PM
**To:** Quinn, Alice (CORP) <alice.quinn@adp.com>; Appleby, Gavin <GAppleby@littler.com>
**Cc:** Christensen, Amber R. <AChristensen@littler.com>
**Subject:** RE: Subpoena - Outokumpu Stainless USA

WARNING: Do not click links or open attachments unless you recognize the source of the email and know the contents are safe.

---

Hi Alice,

We received the Excel file you shared with us.  The overtime rate column is blank and I don't see where any of the payroll register information is – can you please advise?

Thank you,
Sinead

**Sinead Daly**
Attorney at Law
404.760.3954 direct, 470.409.3623 mobile
SDaly@littler.com



Labor & Employment Law Solutions | Local Everywhere
3424 Peachtree Rd NE, Suite 1200, Atlanta, GA 30326

**From:** Daly, Sinead
**Sent:** Monday, March 1, 2021 4:35 PM
**To:** Quinn, Alice (CORP) <alice.quinn@adp.com>; Appleby, Gavin <GAppleby@littler.com>
**Cc:** Christensen, Amber R. <AChristensen@littler.com>
**Subject:** RE: Subpoena - Outokumpu Stainless USA

Hi Alice,

Thank you for your response.  Following receipt of your email, we advised the Court that ADP had confirmed it could run a report in Excel format.  However, the federal court is trying to move this Outokumpu case along and in doing so, the Judge decided to push ADP along as well.  In particular, he has issued an order (see attachment) under which an ADP representative would have to appear in court to discuss information that has been requested in the subpoena in the class action.  Although we explained that obtaining the data in Excel was difficult and not customary in response to subpoenas, we were unable to prevent the court order.  However, we believe obtaining the available pay data for opt-in Plaintiffs in Excel format will suffice this request.  On a good news basis, it seems likely that if the data is provided before Friday, the Court would call off the need to have the conference and obviate the need for an ADP representative to appear.  Given that, we have answered some of your questions below and we are willing to do whatever is necessary to assist you in running the requisite report by Friday.  If the work can't be done before Friday, we would be glad to talk with whoever would have to appear in court so that he or she knows what to expect.  In the meantime, let us know if we can assist or if you have questions.

-Time period: this case dates back to July 2015 so to the extent possible, we'd like to go back to that date (or as far back as ADP can) through January 2021.
-It will be only hourly employees.  It is only approximately 250 employees – are you able to run for a specific list if we provide you with their names?
-For each employee, we would definitely want all the information included in the payroll register.  So the pay rate, the regular rate of pay, the regular hours, the OT hours, regular earnings, OT earnings, shift (night shift differential) hours, shift earnings, and gross earnings.  I see payroll ending date and pay date.  Is there a way to obtain payroll beginning date or any way to show what workweeks the data was matched to in time and attendance?
-------For regular rate of pay, is there any data that shows the underlying calculations to reach the rate used?

As Plaintiffs have raised issues with the data that has been provided, we are checking with them on whether there is any other fields requested.


**Sinead Daly**
Attorney at Law
404.760.3954 direct, 470.409.3623 mobile
SDaly@littler.com



Labor & Employment Law Solutions | Local Everywhere
3424 Peachtree Rd NE, Suite 1200, Atlanta, GA 30326

**From:** Quinn, Alice (CORP) <alice.quinn@adp.com>
**Sent:** Wednesday, February 17, 2021 4:19 PM
**To:** Daly, Sinead <SDaly@littler.com>; Appleby, Gavin <GAppleby@littler.com>
**Cc:** Christensen, Amber R. <AChristensen@littler.com>
**Subject:** RE: Subpoena - Outokumpu Stainless USA

Hi Sinead,

ADP should be able to create a report in excel format for Outokumpu Stainless (ADP Company Code L3I).  As you are representing ADP's client we can take this direction to create this report as ADP does not produce custom, created reports in response to a non-party subpoena.

As a first step, please let me know the desired time period you are seeking to capture (I think ADP can look back 4 years but I am not certain).  Please also define if you are seeking records for all employees or for hourly employees only.

As there are literally hundreds of fields that can be captured, please identify in detail all the fields that you wish to report to capture.  You can look at an employee's pay-stub or the Payroll Register reports that ADP previously produced to get an idea of what you want.  I believe the cost to create the report is $150.00.



Alice Quinn
Senior Legal Assistant

One ADP Blvd., M.S. 325, Roseland, NJ  07068
T: ███████████        F: 973-974-3399

alice.quinn@adp.com



---

**From:** Daly, Sinead <SDaly@littler.com>
**Sent:** Wednesday, February 17, 2021 11:03 AM
**To:** Quinn, Alice (CORP) <alice.quinn@adp.com>; Appleby, Gavin <GAppleby@littler.com>
**Cc:** Christensen, Amber R. <AChristensen@littler.com>
**Subject:** RE: Subpoena - Outokumpu Stainless USA

WARNING: Do not click links or open attachments unless you recognize the source of the email and know the contents are safe.

---

Hi Alice,

Subsequent to our last communications with you on this subpoena, our client was able to speak with someone at ADP to gain a better understanding of how the regular rate of pay (RROP) process is done by ADP for the Company.  While that development clarified our payroll specialist's understanding of how the RROP process worked (which in turn eliminated the idea that there were missing records out there that show belated payments to employees), we still do not have any records in Excel.  In hearings on these issues, we conveyed to the Court that ADP's interface is not accessible to outside users and as such, the payroll records are not available in Excel and only PDF.  As I believe we previously advised you, Plaintiffs have been seeking records in native/Excel format and that is why the subpoena seeks that format.  Per our prior communications, it is understanding that our client could ask their ADP contact to create personalized Excel reports for certain employees, however, it was our understanding that the report was not automatically generated and could contain inadvertent inaccuracies.

The Judge presiding over this case has recently raised an issue about ADP's inability to produce the records in Excel and referred us to a 2018 district court case, Landry v. Swire Oilfield Services, L.L.C., 323 F.R.D. 360, 370 (D.N.M. 2018), wherein the Order indicates that "ADP Payroll relays that it has Swire Oilfield's pay data in a format that can be imported into Microsoft Excel." and "They also report that the data that can be imported is "(a) gross and net pay per pay period; (b) total regular hours and pay; (c) total overtime hours and pay; and (d) total other earnings per pay period."  Based on this case, it appears the Judge is under the impression ADP can provide records in an Excel format and has chosen not to do so.

In light of this information, we wanted to again inquire about the availability of payroll records in Excel format.  Previously, we discussed payroll records generally, but we would also like an understanding on whether it is possible to obtain the information available on the Payroll Register in Excel or any other non-PDF format as that information does not appear to be readily available on any of the pay statements.  Unfortunately, we anticipate that the Court is going to take action on our subpoena to ADP if we cannot provide a sufficient response in this regard.

Please let us know as soon as possible as what can be done to get payroll records in a non-PDF format.

Thank you,
Sinead

**Sinead Daly**
Attorney at Law
404.760.3954 direct, 470.409.3623 mobile
SDaly@littler.com



Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
3424 Peachtree Rd NE, Suite 1200, Atlanta, GA 30326

**From:** Quinn, Alice (CORP) <alice.quinn@adp.com>
**Sent:** Tuesday, October 13, 2020 1:10 PM
**To:** Daly, Sinead <SDaly@littler.com>; Appleby, Gavin <GAppleby@littler.com>
**Cc:** Christensen, Amber R. <AChristensen@littler.com>
**Subject:** RE: Subpoena - Outokumpu Stainless USA

Sinead:

Attached is ADP's invoice for the reports.  I will send the reports to you and Amber through ADP ShareFile.  You will receive a new email with a link to access the reports.



Alice Quinn
Senior Legal Assistant

One ADP Blvd., M.S. 325, Roseland, NJ  07068
T: ████████   F: 973-974-3399

alice.quinn@adp.com



---

**From:** Daly, Sinead <SDaly@littler.com>
**Sent:** Tuesday, October 13, 2020 11:10 AM
**To:** Quinn, Alice (CORP) <alice.quinn@adp.com>; Appleby, Gavin <GAppleby@littler.com>
**Cc:** Christensen, Amber R. <AChristensen@littler.com>
**Subject:** RE: Subpoena - Outokumpu Stainless USA

> WARNING: Do not click links or open attachments unless you recognize the source of the email and know the contents are safe.

---

Thanks, Alice.  Please proceed with providing the reports dated back to 2018.

**Sinead Daly**
Attorney at Law
404.760.3954 direct, 470.409.3623 mobile
SDaly@littler.com


**Fueled by ingenuity. Inspired by you.**

Labor & Employment Law Solutions | Local Everywhere
3424 Peachtree Rd NE, Suite 1200, Atlanta, GA 30326

**From:** Quinn, Alice (CORP) <alice.quinn@adp.com>
**Sent:** Tuesday, October 13, 2020 9:54 AM
**To:** Daly, Sinead <SDaly@littler.com>; Appleby, Gavin <GAppleby@littler.com>
**Cc:** Christensen, Amber R. <AChristensen@littler.com>
**Subject:** RE: Subpoena - Outokumpu Stainless USA

Sinead:

We were able to restore Payroll Registers for Co. Code L3I back to 2018 so the cost is $550.00.  Let me know if you need to obtain authorization from your client before I produce the reports to you.

Thanks.



**Alice Quinn**
Senior Legal Assistant

One ADP Blvd., M.S. 325, Roseland, NJ  07068
T: ▓▓▓▓▓▓▓   F: 973-974-3399

alice.quinn@adp.com



---

**From:** Daly, Sinead <SDaly@littler.com>
**Sent:** Thursday, October 8, 2020 2:55 PM
**To:** Quinn, Alice (CORP) <alice.quinn@adp.com>; Appleby, Gavin <GAppleby@littler.com>
**Cc:** Christensen, Amber R. <AChristensen@littler.com>
**Subject:** RE: Subpoena - Outokumpu Stainless USA

WARNING: Do not click links or open attachments unless you recognize the source of the email and know the contents are safe.

---

Hi Alice,

If my math is right, there are 6 quarters in 18 months so we will owe you $300 for these reports?  And I understand the reports are for all employees, we might as well get them all and then we can worry about redacting.

I understand there are two company codes - if I recall from your prior samples, was one of the company codes for salaried employees?  We are only dealing with non-exempt employees so we would not need the salaried employees if the employees are separated in that manner.

**Sinead Daly**
Attorney at Law
404.760.3954 direct, 470.409.3623 mobile
SDaly@littler.com



Labor & Employment Law Solutions | Local Everywhere
3424 Peachtree Rd NE, Suite 1200, Atlanta, GA 30326

**From:** Quinn, Alice (CORP) <alice.quinn@adp.com>
**Sent:** Thursday, October 8, 2020 2:48 PM
**To:** Daly, Sinead <SDaly@littler.com>; Appleby, Gavin <GAppleby@littler.com>
**Cc:** Christensen, Amber R. <AChristensen@littler.com>
**Subject:** RE: Subpoena - Outokumpu Stainless USA

Sinead:

ADP can restore the Payroll Register reports for the last 18 months for ADP Company Codes L31 and F32 – Outokumpu Stainless USA.  The cost to restore the reports is **$50.00 per quarter per ADP Company Code**.  Please note that the reports contain information for <u>all employees</u>.  Please advise me if you still wish ADP to produce to you the Payroll Registers for Outokumpu Stainless USA.



**Alice Quinn**
Senior Legal Assistant

One ADP Blvd., M.S. 325, Roseland, NJ  07068
T: ▮▮▮▮▮▮▮▮     F: 973-974-3399

alice.quinn@adp.com



---

**From:** Daly, Sinead <SDaly@littler.com>
**Sent:** Thursday, October 8, 2020 1:56 PM
**To:** Quinn, Alice (CORP) <alice.quinn@adp.com>; Appleby, Gavin <GAppleby@littler.com>
**Cc:** Christensen, Amber R. <AChristensen@littler.com>
**Subject:** RE: Subpoena - Outokumpu Stainless USA

> **WARNING: Do not click links or open attachments unless you recognize the source of the email and know the contents are safe.**

---

Hi Alice,

Unfortunately our client has not been able to make progress with Sid Johnson on obtaining individualized reports.  Despite the PDF format of the standard output reports, I think we need ADP to run those for the employees listed in the subpoena as far back as you can provide (earliest being July 2015) so that Plaintiffs' counsel can see exactly what they contain.  Please let us know if you have any questions.

Thank you,
Sinead

**Sinead Daly**
Attorney at Law
404.760.3954 direct, 470.409.3623 mobile
SDaly@littler.com


**Fueled by ingenuity. Inspired by you.**

Labor & Employment Law Solutions | Local Everywhere
3424 Peachtree Rd NE, Suite 1200, Atlanta, GA 30326

**From:** Quinn, Alice (CORP) <alice.quinn@adp.com>
**Sent:** Monday, August 17, 2020 2:19 PM
**To:** Daly, Sinead <SDaly@littler.com>; Appleby, Gavin <GAppleby@littler.com>

9

**Cc:** Christensen, Amber R. <AChristensen@littler.com>
**Subject:** RE: Subpoena - Outokumpu Stainless USA

Hi Sinead:

1.  The payroll contact for Outokumpu can contact the following ADP associate for assistance in how to create an payroll report in excel format for selected employees:  Sid Johnson, sid.johnson@adp.com, ███████.
2.  The standard output reports that I sent to you are generated for each payroll processing (each payroll processing would have its own PDF file).  The cost to restore the output reports is **$50.00 per quarter**.  ADP's retention for the output reports is approximately 18 months from the current date.
3.  With respect to the timekeeping records, ADP TLM would send me records for the entire ADP Company Code.  I would then need to review those records and redact the employees who are not listed on the subpoena.



<span style="color:red">Alice Quinn</span>
Senior Legal Assistant

One ADP Blvd., M.S. 325, Roseland, NJ  07068
T: ██████████      F: 973-974-3399

alice.quinn@adp.com



---

**From:** Daly, Sinead <SDaly@littler.com>
**Sent:** Friday, August 14, 2020 2:07 PM
**To:** Quinn, Alice (CORP) <alice.quinn@adp.com>; Appleby, Gavin <GAppleby@littler.com>
**Cc:** Christensen, Amber R. <AChristensen@littler.com>
**Subject:** RE: Subpoena - Outokumpu Stainless USA

> WARNING: Do not click links or open attachments unless you recognize the source of the email and know the contents are safe.

---

Hi Alice,

I am circling back on your email from earlier this week. 1)  Could you provide a little more detail on how the payroll contact for Outokumpu can select individual employees to create a payroll in Excel format?

2) When you run the "Standard Output Report," can you put in the entire time period at once?  For instance for this subpoena, July 1, 2015 to present?

3) Did you get any more information on time records?  I believe you were checking into running those for these 11 employees but I may be misremembering.

Thank you,
Sinead

**Sinead Daly**
Attorney at Law

404.760.3954 direct, 470.409.3623 mobile
SDaly@littler.com



Labor & Employment Law Solutions | Local Everywhere
3424 Peachtree Rd NE, Suite 1200, Atlanta, GA 30326

**From:** Quinn, Alice (CORP) <alice.quinn@adp.com>
**Sent:** Monday, August 10, 2020 10:30 AM
**To:** Appleby, Gavin <GAppleby@littler.com>; Daly, Sinead <SDaly@littler.com>
**Cc:** Christensen, Amber R. <AChristensen@littler.com>
**Subject:** RE: Subpoena - Outokumpu Stainless USA

The only thing I can think of is to redact the information.  Alternatively, the payroll contact for Outokumpu Stainless can select the individual employees he/she wants to see and create a payroll report in excel format for production by Outokumpu Stainless.



Alice Quinn
Senior Legal Assistant

One ADP Blvd., M.S. 325, Roseland, NJ  07068
T: ▇▇▇▇▇▇▇▇▇    F: 973-974-3399

alice.quinn@adp.com



**From:** Appleby, Gavin <GAppleby@littler.com>
**Sent:** Monday, August 10, 2020 9:29 AM
**To:** Quinn, Alice (CORP) <alice.quinn@adp.com>; Daly, Sinead <SDaly@littler.com>
**Cc:** Christensen, Amber R. <AChristensen@littler.com>
**Subject:** RE: Subpoena - Outokumpu Stainless USA

> WARNING: Do not click links or open attachments unless you recognize the source of the email and know the contents are safe.

Thanks, Alice.  That is good to know, but the court may still require us to have it done individual by individual.  Is that possible or does the lack of set up to report the data that way prevent it from now being done individually?

**From:** Quinn, Alice (CORP) <alice.quinn@adp.com>
**Sent:** Monday, August 10, 2020 9:16 AM
**To:** Daly, Sinead <SDaly@littler.com>; Appleby, Gavin <GAppleby@littler.com>
**Cc:** Christensen, Amber R. <AChristensen@littler.com>
**Subject:** RE: Subpoena - Outokumpu Stainless USA

Sinead,

Correct.  This client is not set up to receive individual Employee Earnings Records reports which is a report that is separated by individual employees.



<span style="color:red">Alice Quinn</span>
Senior Legal Assistant

One ADP Blvd., M.S. 325, Roseland, NJ  07068
T: ███████████     F: 973-974-3399

alice.quinn@adp.com



---

**From:** Daly, Sinead <SDaly@littler.com>
**Sent:** Friday, August 7, 2020 3:56 PM
**To:** Appleby, Gavin <GAppleby@littler.com>; Quinn, Alice (CORP) <alice.quinn@adp.com>
**Cc:** Christensen, Amber R. <AChristensen@littler.com>
**Subject:** RE: Subpoena - Outokumpu Stainless USA

> WARNING: Do not click links or open attachments unless you recognize the source of the email and know the contents are safe.

---

Hi Alice,

Thank you for providing us with those sample reports.  Just to make sure I am understanding, are these the "standard output reports" you typically provide in response to subpoena?  Or would the report for an individual (such as one of the 11 in our subpoena) look differently and just show all the payroll information for that one employee?

**Sinead Daly**
Attorney at Law
404.760.3954 direct, 470.409.3623 mobile
SDaly@littler.com


Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
3424 Peachtree Rd NE, Suite 1200, Atlanta, GA 30326

**From:** Appleby, Gavin <GAppleby@littler.com>
**Sent:** Thursday, August 6, 2020 11:17 AM
**To:** Quinn, Alice (CORP) <alice.quinn@adp.com>; Daly, Sinead <SDaly@littler.com>
**Cc:** Christensen, Amber R. <AChristensen@littler.com>
**Subject:** RE: Subpoena - Outokumpu Stainless USA

Thanks Alice.  We'll take a look and let you know if you have any questions.  We appreciate the helpful response.

---

**From:** Quinn, Alice (CORP) <alice.quinn@adp.com>
**Sent:** Wednesday, August 5, 2020 2:02 PM
**To:** Appleby, Gavin <GAppleby@littler.com>; Daly, Sinead <SDaly@littler.com>
**Cc:** Christensen, Amber R. <AChristensen@littler.com>
**Subject:** Subpoena - Outokumpu Stainless USA

Sinead, Gavin & Amber:

To follow-up our discussion this past Monday, attached please find payroll output reports for ADP Company Code F32 and L3I from two payroll runs that were processed in June 2020.  The Payroll Register report is one of the reports that is contained in the attached client output reports.

Please let me know if you have any questions.



**Alice Quinn**
Senior Legal Assistant

One ADP Blvd., M.S. 325, Roseland, NJ  07068
T: ██████████     F: 973-974-3399

alice.quinn@adp.com



---

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

---

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use,

distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

---

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

---

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

---

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

---

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

---

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

---

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.

--------------------------

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.