**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM HEATH HORNADY, et al.,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No. 1:18-cv-00317 |
| | * | |
| **OUTOKUMPU STAINLESS USA,** | * | |
| | * | |
| Defendant. | * | |

**NON-PARTY ADP, INC.'S STATUS REPORT**

**This status report is filed by non-party ADP, Inc., by and through its undersigned counsel. Plaintiffs' counsel has reviewed this report and joins in the factual statements about the status of ADP's production of information**.

On March 12, 2021, ADP's counsel informed the Court that ADP anticipated being able to produce additional information to the parties within one week. As described below, ADP has been able to do so.

Starting immediately after the hearing on March 12, 2021, ADP made its counsel and employees available in person, and subsequently by phone on a daily basis, to Plaintiffs' counsel to identify and explain (without divulging its own confidential or proprietary information, or that of Defendant's employees who are not Plaintiffs) the information that ADP has and does not have. ADP's counsel and employees worked diligently all week to compile (from the vast amount of data that ADP has for all of Defendant's employees) the information about the Plaintiffs that the parties have requested, and to provide that subset of information in formats and arrangements that maximize ease of use by the parties.

For the period since July 1, 2017 (and in some instances, January 1, 2018, as explained below), ADP only has some of the information that would otherwise be responsive to the subpoena previously served on ADP. ADP does not maintain other information described in the subpoena, nor does ADP have any responsive information for the period before July 1, 2017. Since the hearing on March 12, 2021, ADP's counsel and personnel have communicated and coordinated with Plaintiffs' counsel about the responsive information that ADP has, as well as information that was not sought in the subpoena but which might otherwise reflect time and pay data needed by the parties.

1. For the period from 2018 to 2021, ADP has segregated the pay data it maintains for the Plaintiffs from the same data it ordinarily maintains in undifferentiated data sets for the non-Plaintiff employees of Defendant. ADP provided Plaintiffs' counsel with a complete sample of all available pay data fields,[1] and using that sample, Plaintiffs' counsel identified those data fields which, according to him, (a) correspond to fields of data that Defendant had produced, and that Plaintiffs previously used in damages calculations, or (b) may contain information that directly or indirectly reflects information that Plaintiffs sought in their various motions to compel. A consolidated Excel-compatible spreadsheet with that information (formatted and arranged as requested by Plaintiffs' counsel) will be provided by ADP to the parties today.

2. ADP will also produce time data records for the same Plaintiffs in Excel-compatible format today. This data is for the time period from July 2017 through December 2020. The data from the first quarter of 2021 will become available in April 2021.

---

[1] The same sort of list of available data fields had been previously provided by ADP to Defendant's counsel.

3.      In addition to this payroll and timekeeping data, ADP is also producing samples of one additional type of report, called an "Edit and Audit" report. Generally, these reports reflect changes and/or edits to the original timecards.[2] ADP maintains three years of these monthly reports, and ADP estimates that it would take approximately 40 hours of work to generate and finalize all 36 reports in order to produce them. Because the parties presently do not know whether these reports will be helpful or not, ADP is producing the monthly reports for July 2017 and February 2021 (the first and last ones currently available), per Plaintiffs' counsel's request, so that the parties can advise as to whether they want the additional 34 reports. If they do, ADP estimates that the reports will take approximately four-to-five business days to prepare and produce.

ADP will file another status report once the parties advise whether they need the additional Edit and Audit reports. Because ADP's work is presently ongoing and it might be asked to produce additional reports, ADP respectfully requests that it be allowed to file its application for fees and costs on or before April 2, 2021.

Respectfully submitted,

*/s/ Matthew R. Jackson*
MATTHEW R. JACKSON (JACKM7882)
GARRETT ZOGHBY (ZOGHG7748)
*Attorneys for ADP, Inc.*

**OF COUNSEL:**
ADAMS AND REESE LLP
11 N. Water Street, Suite 23200
Mobile, Alabama 36602
(251) 433-3234 Main
(251) 438-7733 Fax
matt.jackson@arlaw.com
garrett.zoghby@arlaw.com

---

[2] Like the timekeeping data referenced above, this "Edit and Audit" data is also for the time period from July 2017 through December 2020, with the first quarter of 2021 also being available in April.

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on **March 19th, 2021**, I served a copy of the foregoing pleading upon all counsel of record by electronically filing same with the Clerk of Court using the CM/ECF System.

              */s/ Matthew R. Jackson*
              OF COUNSEL