## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **WILLIAM HEATH HORNADY, CHRISTOPHER MILLER and TAKENDRIC STEWART, Individually and on behalf of all others similarly situated,** | ) ) ) ) ) ) | **CIVIL ACTION NO.:** |
| **Plaintiff,** | ) | **1:18-cv-00317-JB-N** |
| **v.** | ) ) | |
| **OUTOKUMPU STAINLESS USA, LLC,** | ) ) ) | |
| **Defendant.** | ) | |

## <u>NOTICE OF APPEARANCE</u>

The undersigned, Charles A. Powell IV, of the Law Firm of Littler Mendelson, PC, hereby gives notice of his appearance as additional counsel of record in the above-referenced action for Defendant Outokumpu Stainless USA, LLC.

Respectfully submitted,

s/ Charles A. Powell IV

CHARLES A. POWELL IV
Attorney for Defendant Outokumpu
Stainless USA, LLC

**OF COUNSEL:**
**LITTLER MENDELSON**
420 20th Street North, Suite 2300
Birmingham, AL 35203
Phone: (205) 421-4703
cpowell@littler.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ian D. Rosenthal
HOLSTON, VAUGHAN &
ROSENTHAL, LLC
P. O. Box 195
Mobile, AL  36601
idr@holstonvaughan.com

Patrick H. Sims
SIMS LAW FIRM, LLC
P. O. Box 7112
Mobile, AL  36670
patrick@simslawfirm.net

s/ Charles A. Powell IV
OF COUNSEL