IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| WILLIAM HEATH HORNADY, CHRISTOPHER MILLER and TAKENDRIC STEWART, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>OUTOKUMPU STAINLESS USA, LLC,<br><br>    Defendants. | CIVIL ACTION NO.:<br><br>1:18-cv-00317-JB-N |

## DEFENDANT'S MOTION TO AMEND SCHEDULING ORDER

Following a hearing on March 12, 2021, the court suspended the pro hac vice admission of Defendant Outokumpu Stainless USA, LLC's lead counsel. On March 19, 2021, undersigned counsel filed a notice of appearance and is replacing Mr. Appleby as lead counsel for Defendant in this action. Given the current posture of this collective action, the uncertainty of the claims to be tried and the defenses thereto, and to avoid any undue prejudice to Defendant, Defendant hereby moves to amend the Scheduling Order and to continue this case from the court's May trial calendar. As grounds for this motion, Defendant states as follows:

Plaintiff's filed this action on July 16, 2018. [Doc. 1]. Gavin Appleby was admitted *pro hac vice* in this action on September 17, 2018 [Doc. 38], and served

1

as lead counsel for Defendant through March 12, 2021. Mr. Appleby's suspension occurred eleven days before the current deadline for the Parties to file trial witness and exhibits lists and one month prior to the final pretrial conference. [Doc. 274].

On September 23, 2020, Plaintiffs filed a Motion for Partial Summary Judgment. [Doc. 245]. That motion is fully briefed and remains pending before the court. The resolution of that motion will impact the claims to be tried. Until that motion is resolved, the Parties cannot properly identify witnesses and exhibits for trial, draft proposed jury instructions, or otherwise prepare the joint pretrial statement required by this court's Standing Order Governing Final Pretrial Conference.

In addition to the potential impact of Plaintiffs' pending summary judgment motion on the upcoming trial, Magistrate Judge Nelson has issued two Report and Recommendations potentially impacting the trial of this case. In a Report and Recommendation dated October 26, 2020, Magistrate Judge Nelson ruled that Plaintiffs could rely upon representative proof and limited the evidence Defendant could rely upon to counter such testimony. [Doc. 261]. Both Parties have objected to this ruling [Docs. 266 and 267]. In a subsequent Report and Recommendation, Magistrate Judge Nelson granted in part and denied part Plaintiff's request to strike certain of Defendant's affirmative defenses. [Doc. 277]. Both Parties also have objected to this ruling and those objections remain pending. [Docs. 282 and 286].

Rulings concerning the proof to be used and the defenses available to Outokumpu will necessarily impact the pretrial order, trial witness and exhibit lists, and trial.

In addition to the pending dispositive motion and objections to the Report and Recommendations, ADP has recently produced additional pay data in this case concerning opt-in plaintiffs, and has indicated that it may produce further data, if requested to do so by the Parties. The Parties have not yet had an opportunity to analyze the new data and to assess its impact on trial, and certainly do not have time to complete such analysis prior to the current Pretrial Conference on April 13, 2021. A delay of the current trial date will afford the Parties the opportunity to evaluate the impact of this data on the case.

Finally, the court's decision to suspend Defendant's lead counsel has necessitated the substitution of lead trial counsel shortly before substantive pretrial deadlines. Undersigned counsel is working diligently to get up to speed in this case, but forcing Defendant to try this case so quickly after the suspension of its prior counsel would be prejudicial. Recognizing the requested delay also could prejudice Plaintiffs, undersigned counsel has already contacted counsel for Plaintiffs to confirm any issues Plaintiffs believe are outstanding, discuss what is left to do to get the case ready for trial, and clarify any other issues the Parties might need to address to move this case forward.

Defendant provided a draft of this submission to Plaintiffs' counsel this

3

morning, and Plaintiffs' counsel provided the undersigned with a draft response. The undersigned understands that Plaintiffs intend to file their response with the Court, so as to inform the Court of areas of agreement and disagreement with this motion.

In light of the foregoing, Defendant respectfully requests this Court amend the Scheduling Order to extend the current remaining deadlines, pretrial conference and trial setting.

Respectfully submitted,

s/ Charles A. Powell IV
Charles A. Powell IV, ASB-9015-O77C

**LITTLER MENDELSON, P.C.**
420 20th Street North, Suite 2300
Birmingham, AL 35203-3204
Telephone: (205) 421-4703
cpowell@littler.com

Jennifer Fox Swain, ASB-7761-I67J

**LITTLER MENDELSON, P.C.**
420 20th Street North, Suite 2300
Birmingham, AL 35203-3204
Telephone: (205) 421-4704
jswain@littler.com

Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ian D. Rosenthal
HOLSTON, VAUGHAN &
ROSENTHAL, LLC
P. O. Box 195
Mobile, AL 36601
idr@holstonvaughan.com

Patrick H. Sims
SIMS LAW FIRM, LLC
P. O. Box 7112
Mobile, AL 36670
Tel: 251.725.1316
patrick@simslawfirm.net


s/ Charles A. Powell IV
OF COUNSEL