# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM HEATH HORNADY, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | )  CIVIL ACTION NO. 1:18-00317-JB-N |
| **OUTOKUMPU STAINLESS USA,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

This matter is before the Court on Defendant's Motion to amend the Scheduling Order and to continue this case from the Court's May trial Calendar (Doc. 307) and the Plaintiffs' response. (Doc. 308). The Defendant's Motion is Denied.

A pretrial conference is currently scheduled for April 13, 2021. The Court expects and orders all parties to be in attendance, in person. Attendance by electronic means is not permitted. Counsel shall be prepared to discuss outstanding motions, ongoing discovery disputes, sanctions and the trial schedule.

**DONE and ORDERED** this 25th day of March, 2021.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE