IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIAM HEATH HORNADY, et al.,** | * | |
| | * | |
| **Plaintiffs,** | * | |
| | * | |
| **v.** | * | **Case No. 1:18-cv-00317** |
| | * | |
| **OUTOKUMPU STAINLESS USA,** | * | |
| | * | |
| **Defendant.** | * | |

---

## DECLARATION OF MATTHEW R. JACKSON

---

Pursuant to 28 U.S.C. § 1746, I hereby declare the following:

1.      My name is Matthew R. Jackson.  I am over the age of 19 years, am fully competent to testify to and have personal knowledge of the matters set forth herein.

2.      I am an attorney licensed to practice law in Alabama.  I was admitted to the Alabama State Bar in 2011 and have been consistently licensed to practice in Alabama since then. Before I was admitted in Alabama, in 2010, I became licensed to practice law in Tennessee, where I have been consistently licensed ever since.

3.      I am employed as an attorney at Adams and Reese LLP and am a Partner in the firm's Mobile, Alabama office.

4.      I have been admitted to practice before the United States District Court for the Southern District of Alabama since 2011 and have continuously been in good standing.  I am also admitted to practice in the Northern and Middle Districts of Alabama, the Northern District of Florida, and the Eleventh Circuit Court of Appeals.  I also have been admitted *pro hac vice* in the United States District Court for the Southern District of New York.

5.     While my practice began as a traditional general litigation practice, for approximately the last eight years, my practice has focused primarily on complex business disputes – including complex problem solving and crisis management and resolution, internal investigations, pre-suit investigation and dispute resolution, litigation, and appeals. My litigation practice focuses on business disputes involving business torts, trade secrets, employment, restrictive covenants, shareholder disputes, corporate governance, as well as commercial disputes arising from complicated commercial transactions. I represent both plaintiffs and defendants in state and federal trial and appellate courts.

6.     I was contacted by ADP, Inc. at approximately 11:00 am (CST) on Friday, March 5, 2021, to represent ADP in a show-cause hearing that was scheduled to take place that day just two hours later at 1:30 pm (CST). Based on the Court's show-cause order, and prior to conducting my investigation, I believed the show-cause hearing was the beginning of contempt proceedings against ADP and that there was a strong likelihood that ADP would be subject to contempt sanctions. Nonetheless, my firm accepted representation and appeared at the March 5th show-cause hearing.

7.     After the March 5th show-cause hearing, the Court entered a second show-cause order that set a second show-cause hearing. Based on the language of the second show-cause order, I had an even stronger belief that ADP would be sanctioned at the second show-cause hearing.

8.     Based on the foregoing, I was tasked with defending a new client against contempt sanctions in federal court with just one week's preparation, in a case in which I had no prior familiarity, and in a situation where it appeared likely that the client would be sanctioned based on facts that the client disputed.

9.      Based on the time-sensitive and emergency nature of this representation, the time and labor that would be required (which would preclude me performing work for other clients), the complexity and skill of the work required, the high stakes and adverse financial and reputational impact of an adverse sanctions ruling, and my belief (based on the Court's two show-cause orders) that the client would likely be sanctioned, I negotiated the following hourly rates for the following individuals, which ADP agreed to pay:

| Matt Jackson | Partner | $425.00 |
| Garrett Zoghby | Associate | $315.00 |
| Blake Richardson | Associate | $315.00 |
| Becky Gibson | Paralegal | $220.00 |
| Joy Massey | Paralegal | $220.00 |
| Leigh Lods | Paralegal | $220.00 |

In my professional opinion, these hourly rates were reasonable considering the foregoing.

10.     In anticipation of the second show-cause hearing, I worked over the weekend and all week to investigate the matter.  Among other things, my investigation included reviewing the filings (which, at that time, were almost 300 docket entries) and hearing transcripts in this case, having discussions with various ADP representatives, having discussions with plaintiffs' and defense counsel, reviewing their correspondence, and reviewing correspondence between ADP and defense counsel.  I also prepared a brief that set forth my investigative findings to the Court and argued against entering sanctions against ADP.  I then prepared to defend ADP at the second show-cause hearing, and did, in fact, defend ADP at the second show-cause hearing.

11.     This took a lot of time and effort within a short timeframe.  During this time, I worked almost exclusively on this case due to its importance, emergency and time-sensitive nature, the apparent likelihood of sanctions, and the severity of potential adverse consequences.

12.     After the second show-cause hearing, I remained engaged to assist ADP with producing information to the parties within another very short weeklong timeframe.  Additionally, at ADP's request, three of my firm's paralegals also assisted ADP's legal department so that ADP would be able to produce information by Friday, March 19th.  ADP was able to make the production by then, and would not have been able to do so without the assistance of the undersigned and the paralegals.

13.     Since ADP retained my firm this month, we have not yet sent an invoice to ADP for our services.  We will send our first invoice in April.  However, I have reviewed the WIP report ("work in progress" report showing worked and entered, but unbilled, time) and cost detail report of my firm in this matter.  Based on my review of these reports, Adams and Reese LLP has WIP fees of $60,754.50 and $890.87 in costs or expenses to be billed to ADP.  True and correct copies of the computer printouts showing the costs and WIP report and individual time entries, showing worked and entered but unbilled time, are attached hereto as "Exhibit 1-A."

14.     In my opinion, these amounts are reasonable fees in this community for the work performed and were necessarily incurred in this matter.

15.     ADP also incurred $813.68 in the following expenses associated with Alice Quinn's travel to and lodging in Mobile, Alabama, for the second show-cause hearing:

| Flights | $316.12[1] |
| Mileage to and from airport | $44.80 |
| Airport parking | $78.00 |
| Hotel | $184.54 |
| Taxis to and from Mobile airport | $117.00 |
| Meals | $73.22 |
| **TOTAL** | **$813.68** |

---

[1] The cost of these flights were heavily discounted due to ADP having unused tickets for which they were able to use credits against the purchase price.

Receipts for these expenses are attached hereto as Exhibit 1-B. Additionally, ADP had to pay Ms. Quinn for 21 hours of overtime in order for her to attend the second show-cause hearing and prepare the various reports that were urgently requested. These 21 hours at Ms. Quinn's overtime rate of $57.57 per hour brings the total overtime to $1,208.97.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of March, 2021.

MATTHEW R. JACKSON

# Exhibit 1-A



## Recap of Time Detail

| | | All Entries ▾ | Matter Number | 030460-000001 ▶ | | Summary | Submit |

| Sort by Date ○ Sort by Timekeeper |
| **Date Worked** | 1/1/2021 | to | 3/28/2021 |
| **First Column** | ▾ |
| ○ Date Billed | | to | |
| **Second Column** | ▾ |
| **Invoice** | |

| Date | Timekeeper | Name / Invoice Number | Hours | Amount | Description | Matter Number | Index |
|------|-----------|----------------------|-------|--------|-------------|---------------|-------|
| 3/5/2021 | 01550 | Matthew R. Jackson | 0.70 | 297.50 | Phone conferences with ADP (Alice Quinn and Joel Tennenberg) regarding show cause hearing and issues related to same in preparation for same. | 030460-000001 ▶ | 18662513 |
| 3/5/2021 | 01550 | Matthew R. Jackson | 0.80 | 340.00 | Phone conference with Littler Mendelson counsel regarding show cause hearing and issues related to same in preparation for same. | 030460-000001 ▶ | 18662514 |
| 3/5/2021 | 01550 | Matthew R. Jackson | 0.60 | 255.00 | Review and analyze correspondence received from client as part of investigation and in preparation for show cause hearing. | 030460-000001 ▶ | 18662515 |
| 3/5/2021 | 01550 | Matthew R. Jackson | 1.20 | 510.00 | Conferences with associate, Garrett Zoghby, regarding show cause hearing and issues related to same in preparation for same. | 030460-000001 ▶ | 18662516 |
| 3/5/2021 | 01550 | Matthew R. Jackson | 0.80 | 340.00 | Evaluate issues and action items following show cause hearing and conference with associate, Garrett Zoghby, regarding same in preparation to update client, continue further investigation, and begin preparing for next week's second show cause hearing. | 030460-000001 ▶ | 18662517 |
| 3/5/2021 | 02570 | Alexander G. Zoghby | 4.50 | 1,417.50 | Multiple phone conferences with partner, Matt Jackson, ADP, and OTK's counsel regarding in-person show cause hearing before District Judge Beaverstock; evaluate arguments and prepare outline of same in preparation for show cause hearing; attend show cause hearing; report to partner, | 030460-000001 ▶ | 18662595 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Matt Jackson, regarding same and action items moving forward; report to client regarding same. | | |
| 3/6/2021 | 01550 | Matthew R. Jackson | 0.10 | 42.50 | Draft email to Joel Tennenberg regarding matter. | 030460-000001 ▶ | 18662540 |
| 3/6/2021 | 01550 | Matthew R. Jackson | 3.40 | 1,445.00 | Begin reviewing and analyzing court filings to determine status of proceedings as part of investigation in preparation for second show cause hearing; draft notes and mental impressions regarding same. | 030460-000001 ▶ | 18662553 |
| 3/7/2021 | 01550 | Matthew R. Jackson | 0.20 | 85.00 | Exchange emails with ADP (Joel Tennenberg) regarding preliminary investigative findings concerning negative statements made by Littler Mendelson attorneys about ADP in court filings. | 030460-000001 ▶ | 18662542 |
| 3/7/2021 | 01550 | Matthew R. Jackson | 0.30 | 127.50 | Draft email to Littler attorneys regarding negative statements made about ADP in court filings. | 030460-000001 ▶ | 18662543 |
| 3/7/2021 | 01550 | Matthew R. Jackson | 2.30 | 977.50 | Continue reviewing court filings to determine status of proceedings as part of investigation in preparation for second show cause hearing; draft notes and mental impressions regarding same. | 030460-000001 ▶ | 18662554 |
| 3/8/2021 | 01550 | Matthew R. Jackson | 0.70 | 297.50 | Prepare for morning and afternoon phone calls with client regarding investigation to date, action items and strategy moving forward, and preparations for upcoming hearing. | 030460-000001 ▶ | 18662544 |
| 3/8/2021 | 01550 | Matthew R. Jackson | 1.20 | 510.00 | Phone calls with ADP (Joel Tennenberg, Alice Quinn, and others) regarding issues relating to subpoena, investigation to date, action items and strategy moving forward, and preparations for upcoming hearing. | 030460-000001 ▶ | 18662545 |
| 3/8/2021 | 01550 | Matthew R. Jackson | 2.20 | 935.00 | Begin researching Alabama and federal law, and review and analyze cases and treatises, to find legal authority | 030460-000001 ▶ | 18662546 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | supporting client's brief in response to the court's second show cause order. | | |
| 3/8/2021 | 01550 | Matthew R. Jackson | 3.60 | 1,530.00 | Begin drafting and revising client's brief in response to the court's second show cause order in preparation to file same. | 030460-000001 ▶ | 18662547 |
| 3/8/2021 | 01550 | Matthew R. Jackson | 0.40 | 170.00 | Exchange emails with Outokumpu's counsel and Plaintiffs' counsel regarding issues related to subpoena. | 030460-000001 ▶ | 18662548 |
| 3/8/2021 | 01550 | Matthew R. Jackson | 0.60 | 255.00 | Exchange emails with ADP (Joel Tennenberg, Kenyanna Scott Bell, Elyse Medvetz, Alice Quinn, and Robin Raines) regarding issues relating to upcoming hearing and additional information requested from Outokumpu. | 030460-000001 ▶ | 18662549 |
| 3/8/2021 | 01550 | Matthew R. Jackson | 1.40 | 595.00 | Review and analyze documents, email correspondence, and timeline prepared by Alice Quinn in preparation to incorporate same into client's brief. | 030460-000001 ▶ | 18662550 |
| 3/8/2021 | 01550 | Matthew R. Jackson | 0.50 | 212.50 | Phone call with Outokumpu regarding various issues related to subpoena and upcoming hearing. | 030460-000001 ▶ | 18662551 |
| 3/8/2021 | 01550 | Matthew R. Jackson | 1.50 | 637.50 | Phone conference and emails with plaintiffs' counsel regarding case, issues relating to subpoena, and OTK's representations to court regarding same. | 030460-000001 ▶ | 18662552 |
| 3/8/2021 | 01550 | Matthew R. Jackson | 0.50 | 212.50 | Evaluate findings of investigation and strategy for bringing same to court's attention in advance of second show cause hearing. | 030460-000001 ▶ | 18662570 |
| 3/8/2021 | 02570 | Alexander G. Zoghby | 1.20 | 378.00 | Phone conference with client regarding findings of investigation to date, action items and strategy moving forward, and preparations for upcoming second show cause hearing. | 030460-000001 ▶ | 18662584 |
| 3/8/2021 | 02570 | Alexander G. Zoghby | 0.90 | 283.50 | Phone conference with plaintiff counsel | 030460-000001 ▶ | 18662585 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | regarding issues relating to subpoena and OTK's representations to court regarding same. | | |
| 3/8/2021 | 02570 | Alexander G. Zoghby | 0.50 | 157.50 | Phone conferences and emails with Judge Beaverstock's judicial assistant and court reporter regarding transcripts from prior hearings needed for investigation and client's response to second show cause order | 030460-000001 ▶ | 18662586 |
| 3/9/2021 | 02570 | Alexander G. Zoghby | 0.20 | 63.00 | Exchange emails with Judge Beaverstock's judicial assistant and court reporter for transcript of previous oral arguments. | 030460-000001 ▶ | 18662587 |
| 3/9/2021 | 02570 | Alexander G. Zoghby | 0.70 | 220.50 | Phone conference with Matt Jackson, ADP, and Littler attorneys regarding Littler's conflict of interest, Littler's negative statements in court filings and hearings, and issues relating to subpoena to ADP. | 030460-000001 ▶ | 18662588 |
| 3/9/2021 | 02570 | Alexander G. Zoghby | 0.30 | 94.50 | Phone conference with Alice Quinn regarding various issues relating to subpoena. | 030460-000001 ▶ | 18662589 |
| 3/9/2021 | 02570 | Alexander G. Zoghby | 0.20 | 63.00 | Exchange emails with Judge Beaverstock's court reporter regarding February 17, 2021 hearing transcript. | 030460-000001 ▶ | 18662590 |
| 3/9/2021 | 01550 | Matthew R. Jackson | 1.20 | 510.00 | Review and analyze transcript from February 17th hearing and evaluate strategy for using same to support client's brief in response to the court's second show cause order. | 030460-000001 ▶ | 18662533 |
| 3/9/2021 | 01550 | Matthew R. Jackson | 1.20 | 510.00 | Conference with associate, Garrett Zoghby regarding issues related to upcoming hearing and drafts of client's brief in response to the court's second show cause order. | 030460-000001 ▶ | 18662534 |
| 3/9/2021 | 01550 | Matthew R. Jackson | 1.00 | 425.00 | Phone calls with ADP (Joel Tennenberg and Kenyanna Scott Bell) regarding issues relating to subpoena and upcoming hearing. | 030460-000001 ▶ | 18662535 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/9/2021 | 01550 | Matthew R. Jackson | 1.80 | 765.00 | Continue researching Alabama and federal law, and review and analyze cases and treatises, to find legal authority supporting client's brief in response to the court's second show cause order. | 030460-000001 ▶ | 18662536 |
| 3/9/2021 | 01550 | Matthew R. Jackson | 4.20 | 1,785.00 | Continue drafting and revising client's brief in response to the court's second show cause order in preparation to file same. | 030460-000001 ▶ | 18662537 |
| 3/9/2021 | 01550 | Matthew R. Jackson | 0.60 | 255.00 | Exchange emails with Outokumpu's counsel and Plaintiffs' counsel regarding issues related to subpoena and upcoming hearing. | 030460-000001 ▶ | 18662538 |
| 3/9/2021 | 01550 | Matthew R. Jackson | 1.70 | 722.50 | Exchange emails with ADP (Joel Tennenberg, Kenyanna Scott Bell, Elyse Medvetz, Alice Quinn, and Robin Raines) regarding issues relating to upcoming hearing and additional information requested from Outokumpu. | 030460-000001 ▶ | 18662539 |
| 3/10/2021 | 02570 | Alexander G. Zoghby | 1.40 | 441.00 | Prepare first draft of Alice Quinn's declaration. | 030460-000001 ▶ | 18662591 |
| 3/10/2021 | 02570 | Alexander G. Zoghby | 1.80 | 567.00 | Exchange emails with plaintiffs' counsel regarding issues relating to subpoena; phone calls with plaintiffs' counsel, receive thumb drive from plaintiffs' counsel and analyze emails contained thereon relating to subpoena and related issues. | 030460-000001 ▶ | 18662592 |
| 3/10/2021 | 01550 | Matthew R. Jackson | 0.60 | 255.00 | Phone calls with associate, Garrett Zoghby regarding issues related to upcoming hearing and drafts of client's brief in response to the court's second show cause order. | 030460-000001 ▶ | 18662526 |
| 3/10/2021 | 01550 | Matthew R. Jackson | 0.80 | 340.00 | Prepare for phone calls with clients and all parties regarding issues related to subpoena and upcoming hearing. | 030460-000001 ▶ | 18662527 |
| 3/10/2021 | 01550 | Matthew R. Jackson | 0.60 | 255.00 | Phone calls with ADP (Joel Tennenberg, Kenyanna Scott Bell, Elyse Medvetz, and Robin Raines) regarding issues | 030460-000001 ▶ | 18662528 |

| Date | | Timekeeper | Hours | Amount | Description | Matter | ID |
|------|------|------------|-------|--------|-------------|--------|-----|
| | | | | | relating to subpoena and upcoming hearing. | | |
| 3/10/2021 | 01550 | Matthew R. Jackson | 2.90 | 1,232.50 | Continue drafting and revising client's brief in response to the court's second show cause order in preparation to file same. | 030460-000001 ▶ | 18662529 |
| 3/10/2021 | 01550 | Matthew R. Jackson | 1.40 | 595.00 | Exchange emails with Outokumpu's counsel and Plaintiffs' counsel regarding issues related to subpoena and upcoming hearing. | 030460-000001 ▶ | 18662530 |
| 3/10/2021 | 01550 | Matthew R. Jackson | 1.90 | 807.50 | Exchange emails with ADP (Joel Tennenberg, Kenyanna Scott Bell, Elyse Medvetz, Alice Quinn, and Robin Raines) regarding issues relating to upcoming hearing and additional information requested from Outokumpu. | 030460-000001 ▶ | 18662531 |
| 3/10/2021 | 01550 | Matthew R. Jackson | 1.00 | 425.00 | Phone call with defense counsel, Outokumpu, and ADP regarding various issues related to subpoena and upcoming hearing. | 030460-000001 ▶ | 18662532 |
| 3/11/2021 | 01550 | Matthew R. Jackson | 1.30 | 552.50 | Conferences with associates, Garrett Zoghby and Blake Richardson, regarding issues related to upcoming hearing and drafts of client's brief in response to the court's second show cause order. | 030460-000001 ▶ | 18662518 |
| 3/11/2021 | 01550 | Matthew R. Jackson | 0.80 | 340.00 | Phone calls with ADP (Joel Tennenberg, Elyse Medvetz, and Robin Raines) regarding issues relating to upcoming hearing and additional information requested from Outokumpu. | 030460-000001 ▶ | 18662519 |
| 3/11/2021 | 01550 | Matthew R. Jackson | 3.10 | 1,317.50 | Perform final revisions to client's brief in response to the court's second show cause order in preparation to file same. | 030460-000001 ▶ | 18662520 |
| 3/11/2021 | 01550 | Matthew R. Jackson | 0.70 | 297.50 | Revise and finalize Alice Quinn's declaration in support of client's brief in response to the court's second show cause order, and compile all exhibits needed to file in support of same. | 030460-000001 ▶ | 18662521 |

| Date | Code | Name | Hours | Amount | Description | Matter | ID |
|------|------|------|-------|--------|-------------|--------|-----|
| 3/11/2021 | 01550 | Matthew R. Jackson | 1.40 | 595.00 | Exchange emails with Outokumpu's counsel and Plaintiffs' counsel regarding issues related to subpoena and upcoming hearing. | 030460-000001 ▶ | 18662522 |
| 3/11/2021 | 01550 | Matthew R. Jackson | 2.10 | 892.50 | Exchange emails with ADP (Joel Tennenberg, Kenyanna Scott Bell, Elyse Medvetz, Alice Quinn, and Robin Raines) regarding issues relating to upcoming hearing and additional information requested from Outokumpu. | 030460-000001 ▶ | 18662523 |
| 3/11/2021 | 01550 | Matthew R. Jackson | 0.60 | 255.00 | Review and analyze additional questions and requests received from Outokumpu's counsel and evaluate issues related to same, including its effect on upcoming hearing. | 030460-000001 ▶ | 18662524 |
| 3/11/2021 | 01550 | Matthew R. Jackson | 0.30 | 127.50 | Review Plaintiffs' motion for attorneys' fees and supporting exhibits. | 030460-000001 ▶ | 18662525 |
| 3/11/2021 | 01550 | Matthew R. Jackson | 1.80 | 765.00 | Begin preparing for show cause hearing. | 030460-000001 ▶ | 18662563 |
| 3/11/2021 | 02570 | Alexander G. Zoghby | 1.30 | 409.50 | Perform revisions to ADP's response to court's second show cause order. | 030460-000001 ▶ | 18662593 |
| 3/11/2021 | 02570 | Alexander G. Zoghby | 0.60 | 189.00 | Phone conference with partner, Matt Jackson, regarding draft of ADP's brief in response to the court's second show cause order and upcoming hearing on same. | 030460-000001 ▶ | 18662599 |
| 3/11/2021 | 02714 | Blake T. Richardson | 0.80 | 252.00 | Review, analyze, and edit ADP's Response to Second Show Cause Order | 030460-000001 ▶ | 18665675 |
| 3/12/2021 | 02570 | Alexander G. Zoghby | 1.50 | 472.50 | Assist partner, Matt Jackson, with preparations for second show cause hearing. | 030460-000001 ▶ | 18662596 |
| 3/12/2021 | 02570 | Alexander G. Zoghby | 1.30 | 409.50 | Attend and participate in Second Show Cause hearing in Judge Beaverstock's courtroom. | 030460-000001 ▶ | 18662597 |
| 3/12/2021 | 02570 | Alexander G. Zoghby | 2.00 | 630.00 | Meeting with plaintiffs' counsel and client regarding subpoena and details concerning information needed by plaintiffs. | 030460-000001 ▶ | 18662598 |
| 3/12/2021 | 01550 | Matthew R. Jackson | 1.20 | 510.00 | Prepare for meeting with Alice Quinn to | 030460-000001 ▶ | 18662555 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | prepare her to testify in show cause hearing. | | |
| 3/12/2021 | 01550 | Matthew R. Jackson | 2.30 | 977.50 | Meet with Alice Quinn to prepare her to testify in show cause hearing. | 030460-000001 ▶ | 18662556 |
| 3/12/2021 | 01550 | Matthew R. Jackson | 0.30 | 127.50 | Draft supplement to client's brief responding to court's show cause order. | 030460-000001 ▶ | 18662557 |
| 3/12/2021 | 01550 | Matthew R. Jackson | 3.20 | 1,360.00 | Perform final preparation for show cause hearing. | 030460-000001 ▶ | 18662558 |
| 3/12/2021 | 01550 | Matthew R. Jackson | 1.30 | 552.50 | Attend and handle show cause hearing. | 030460-000001 ▶ | 18662559 |
| 3/12/2021 | 01550 | Matthew R. Jackson | 0.20 | 85.00 | Phone conference with Joel Tennenberg following show cause hearing. | 030460-000001 ▶ | 18662560 |
| 3/12/2021 | 01550 | Matthew R. Jackson | 0.50 | 212.50 | Draft report to client following show cause hearing. | 030460-000001 ▶ | 18662561 |
| 3/12/2021 | 01550 | Matthew R. Jackson | 0.80 | 340.00 | Evaluate action items following show cause hearing and conference with associate, Garrett Zoghby, regarding same and provide instructions regarding same. | 030460-000001 ▶ | 18662562 |
| 3/15/2021 | 02570 | Alexander G. Zoghby | 0.50 | 157.50 | Exchange emails with client Alice Quinn regarding additional steps needed to complete Plaintiff's requested excel production of 278 individuals. | 030460-000001 ▶ | 18662642 |
| 3/15/2021 | 02570 | Alexander G. Zoghby | 0.30 | 94.50 | Phone conferences and emails with Judge Beaverstock's judicial assistant and court reporter regarding transcripts from Friday's second show cause hearing needed forclient's response to second show cause order. | 030460-000001 ▶ | 18662644 |
| 3/15/2021 | 01550 | Matthew R. Jackson | 0.60 | 255.00 | Evaluate various issues related to production project in preparation to discuss them with client and plaintiffs' counsel. | 030460-000001 ▶ | 18665155 |
| 3/15/2021 | 01550 | Matthew R. Jackson | 0.20 | 85.00 | Exchange emails with plaintiffs' counsel regarding issues related to production project. | 030460-000001 ▶ | 18665158 |
| 3/15/2021 | 01550 | Matthew R. Jackson | 0.40 | 170.00 | Exchange emails with Alice Quinn regarding issues related to production project. | 030460-000001 ▶ | 18665159 |

| Date | Code | Name | Hours | Amount | Description | Matter | ID |
|---|---|---|---|---|---|---|---|
| 3/15/2021 | 01550 | Matthew R. Jackson | 0.20 | 85.00 | Exchange emails with Joel Tennenberg regarding action items following show cause hearing. | 030460-000001 ▶ | 18665160 |
| 3/15/2021 | 01550 | Matthew R. Jackson | 1.30 | 552.50 | Review and analyze memorandum and supporting files received from plaintiffs' counsel in preparation to discuss same with client in order to complete court ordered production. | 030460-000001 ▶ | 18665162 |
| 3/16/2021 | 01776 | Joy Rockhold Massey | 0.60 | 129.00 | Confer with Alice Quinn regarding organization of timesheet entries per subpoena request from OTK. | 030460-000001 ▶ | 18664486 |
| 3/16/2021 | 01776 | Joy Rockhold Massey | 2.00 | 440.00 | Begin review list of identified plaintiffs and compare to hourly time detail reports (quarterly spreadsheets for the year 2018), containing parameters identified by Ian Rosenthal, which was exported/extracted from ADP's payroll software with regard to all individual hourly employees for purposes of identifying/excluding employees/non-plaintiffs from data for production to parties in litigation. | 030460-000001 ▶ | 18665026 |
| 3/16/2021 | 02570 | Alexander G. Zoghby | 2.50 | 787.50 | Review and analyze Southern District cases for attorney fees awards to ascertain Johnson factors and precedent on same in preparation for drafting Request for Attorney Fees as requested by Judge Bearverstock. | 030460-000001 ▶ | 18664301 |
| 3/16/2021 | 02662 | Rebecca A. Gibson | 0.60 | 138.00 | Confer with Alice Quinn at ADP, Joy Massey (A&R), Leigh Lods (A&R) regarding spreadsheets created with time entry information responsive to subpoena to ADP issued by OTK. | 030460-000001 ▶ | 18664508 |
| 3/16/2021 | 02662 | Rebecca A. Gibson | 1.60 | 352.00 | Review list of identified plaintiffs and compare to hourly time detail reports (quarterly spreadsheets for the year 2018), containing parameters identified by Ian Rosenthal, which was | 030460-000001 ▶ | 18670423 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | exported/extracted from ADP's payroll software with regard to all individual hourly employees for purposes of identifying/excluding employees/non-plaintiffs from data for production to parties in litigation. | | |
| 3/16/2021 | 01550 | Matthew R. Jackson | 0.80 | 340.00 | Phone conferences and emails with Alice Quinn regarding status of project in order to meet court ordered deadline. | 030460-000001 ▶ | 18665110 |
| 3/16/2021 | 01550 | Matthew R. Jackson | 0.80 | 340.00 | Evaluate issues related to production project and conference with paralegals regarding same. | 030460-000001 ▶ | 18665111 |
| 3/16/2021 | 01550 | Matthew R. Jackson | 0.50 | 212.50 | Exchange emails with Joel Tennenberg regarding issues related to subpoena, show cause hearing, and production project. | 030460-000001 ▶ | 18665112 |
| 3/16/2021 | 01550 | Matthew R. Jackson | 0.60 | 255.00 | Phone conference and emails with plaintiffs' counsel regarding issues related to production project. | 030460-000001 ▶ | 18665113 |
| 3/16/2021 | 01550 | Matthew R. Jackson | 0.20 | 85.00 | Review and analyze sample spreadsheet received from Alice Quinn in preparation to send same to plaintiffs' counsel. | 030460-000001 ▶ | 18665114 |
| 3/16/2021 | 01550 | Matthew R. Jackson | 0.50 | 212.50 | Review transcript from show cause hearing in preparation to discuss same with client. | 030460-000001 ▶ | 18665115 |
| 3/16/2021 | 00714 | Leigh C. Lods | 0.60 | 132.00 | Telephone conference with Alice Quinn, of ADP, Joy Massey and Becky Gibson regarding project to identify plaintiffs on hourly time detail reports for subsequent production responsive to the non-party subpoena issued by OTK to ADP. | 030460-000001 ▶ | 18671993 |
| 3/17/2021 | 02662 | Rebecca A. Gibson | 6.80 | 1,496.00 | Review list of identified plaintiffs and compare to hourly time detail reports (quarterly spreadsheets for the year 2018), containing parameters identified by Ian Rosenthal, which was exported/extracted from ADP's payroll software with regard to all | 030460-000001 ▶ | 18670449 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | individual hourly employees for purposes of identifying/excluding employees/non-plaintiffs from data for production to parties in litigation. | | |
| 3/17/2021 | 01550 | Matthew R. Jackson | 1.50 | 637.50 | Review and analyze various materials received from plaintiffs' counsel in order to advise client regarding same and discuss same with plaintiffs' counsel. | 030460-000001 ▶ | 18668639 |
| 3/17/2021 | 01550 | Matthew R. Jackson | 0.50 | 212.50 | Review and analyze various materials received from ADP in order to advise client regarding same and discuss same with plaintiffs' counsel. | 030460-000001 ▶ | 18668641 |
| 3/17/2021 | 00714 | Leigh C. Lods | 3.40 | 748.00 | Review list of identified plaintiffs and compare to hourly time detail reports (quarterly spreadsheets for the first quarter of 2020), containing parameters identified by Ian Rosenthal, which was exported/extracted from ADP's payroll software with regard to all individual hourly employees for purposes of identifying/excluding employees/non-plaintiffs from data for production to parties in litigation. | 030460-000001 ▶ | 18669487 |
| 3/17/2021 | 01776 | Joy Rockhold Massey | 4.70 | 1,034.00 | Continue reviewing list of identified plaintiffs and compare to hourly time detail reports (quarterly spreadsheets for the year 2018), containing parameters identified by Ian Rosenthal, which was exported/extracted from ADP's payroll software with regard to all individual hourly employees for purposes of identifying/excluding employees/non-plaintiffs from data for production to parties in litigation. | 030460-000001 ▶ | 18670223 |
| 3/17/2021 | 01550 | Matthew R. Jackson | 0.80 | 340.00 | Prepare for phone conference with ADP representatives and plaintiffs' counsel to discuss details relating to information to be provided by ADP. | 030460-000001 ▶ | 18668634 |

| Date | | Timekeeper | Hours | Amount | Description | Matter | |
|---|---|---|---|---|---|---|---|
| 3/17/2021 | 01550 | Matthew R. Jackson | 2.30 | 977.50 | Phone conference with ADP representatives and plaintiffs' counsel to discuss details relating to information to be provided by ADP. | 030460-000001 ▶ | 18668635 |
| 3/17/2021 | 01550 | Matthew R. Jackson | 0.80 | 340.00 | Phone conferences and emails with ADP representatives regarding various issues relating to information to be produced by ADP. | 030460-000001 ▶ | 18668636 |
| 3/17/2021 | 01550 | Matthew R. Jackson | 0.50 | 212.50 | Exchange emails with plaintiffs' counsel regarding various issues relating to information to be produced by ADP. | 030460-000001 ▶ | 18668637 |
| 3/18/2021 | 01776 | Joy Rockhold Massey | 7.50 | 1,650.00 | Continue reviewing list of identified plaintiffs and compare to hourly time detail reports (quarterly spreadsheets for the year 2019 and 2020), containing parameters identified by Ian Rosenthal, which was exported/extracted from ADP's payroll software with regard to all individual hourly employees for purposes of identifying/excluding employees/non-plaintiffs from data for production to parties in litigation. | 030460-000001 ▶ | 18668993 |
| 3/18/2021 | 01550 | Matthew R. Jackson | 1.30 | 552.50 | Phone conferences and emails with Alice Quinn and Robin Raines regarding information requested by plaintiffs and details related to same. | 030460-000001 ▶ | 18669301 |
| 3/18/2021 | 01550 | Matthew R. Jackson | 0.40 | 170.00 | Review and analyze reports received from client in preparation to discuss same with client and plaintiffs' counsel. | 030460-000001 ▶ | 18669302 |
| 3/18/2021 | 01550 | Matthew R. Jackson | 0.60 | 255.00 | Conferences with paralegals regarding various issues related to expedited production project and provide instructions regarding same. | 030460-000001 ▶ | 18669304 |
| 3/18/2021 | 01550 | Matthew R. Jackson | 0.50 | 212.50 | Draft and revise joint statement relating to client's production in preparation to file same with court after production is made. | 030460-000001 ▶ | 18669305 |

| Date | | Timekeeper | Hours | Amount | Description | | |
|------|------|------------|-------|--------|-------------|---|---|
| 3/18/2021 | 01550 | Matthew R. Jackson | 1.80 | 765.00 | In-person discussion, phone conferences and emails with plaintiffs' counsel regarding information needed from ADP and preferences regarding same and evaluate issues related to same in preparation to discuss same with client. | 030460-000001 ▶ | 18669307 |
| 3/18/2021 | 01550 | Matthew R. Jackson | 0.40 | 170.00 | Exchange emails with Joel Tennenberg regarding various issues related to matter and expedited production project. | 030460-000001 ▶ | 18669303 |
| 3/18/2021 | 01550 | Matthew R. Jackson | 0.40 | 170.00 | Review and analyze draft explanatory document received from plaintiffs' counsel in preparation to discuss same with client. | 030460-000001 ▶ | 18669309 |
| 3/18/2021 | 02662 | Rebecca A. Gibson | 8.30 | 1,826.00 | Review list of identified plaintiffs and compare to hourly time detail reports (quarterly spreadsheets for the year 2018), containing parameters identified by Ian Rosenthal, which was exported/extracted from ADP's payroll software with regard to all individual hourly employees for purposes of identifying/excluding employees/non-plaintiffs from data for production to parties in litigation. | 030460-000001 ▶ | 18671995 |
| 3/18/2021 | 00714 | Leigh C. Lods | 6.30 | 1,386.00 | Review list of identified plaintiffs and compare to hourly time detail reports (quarterly spreadsheets for the first quarter of 2020 and second quarter of 2020), containing parameters identified by Ian Rosenthal, which was exported/extracted from ADP's payroll software with regard to all individual hourly employees for purposes of identifying/excluding employees/non-plaintiffs from data for production to parties in litigation. | 030460-000001 ▶ | 18669497 |
| 3/19/2021 | 02570 | Alexander G. Zoghby | 0.20 | 63.00 | Receive and review emails (2) from client | 030460-000001 ▶ | 18671243 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | regarding excel files. | | |
| 3/19/2021 | 01550 | Matthew R. Jackson | 1.40 | 595.00 | Review and analyze information received from client in preparation to discuss same and produce same. | 030460-000001 | 18671599 |
| 3/19/2021 | 01550 | Matthew R. Jackson | 0.20 | 85.00 | Exchange emails with Joel Tennenberg regarding various issues related to production project. | 030460-000001 | 18671602 |
| 3/19/2021 | 01550 | Matthew R. Jackson | 0.10 | 42.50 | Review order granting client's request to file motion for attorneys' fees by certain time; review notice of appearance of additional defense counsel. | 030460-000001 | 18671604 |
| 3/19/2021 | 01550 | Matthew R. Jackson | 1.80 | 765.00 | Phone conferences and emails with Alice Quinn and Robin Raines regarding various issues related to production project. | 030460-000001 | 18671594 |
| 3/19/2021 | 01550 | Matthew R. Jackson | 0.30 | 127.50 | Phone conference and emails with plaintiffs' counsel regarding various issues related to production project. | 030460-000001 | 18671595 |
| 3/19/2021 | 01550 | Matthew R. Jackson | 0.70 | 297.50 | Revise and finalize client's status report in preparation to file same. | 030460-000001 | 18671597 |
| 3/20/2021 | 01550 | Matthew R. Jackson | 0.10 | 42.50 | Draft email to Alice Quinn and Robin Raines regarding plaintiffs' counsel's comments regarding client's production. | 030460-000001 | 18671499 |
| 3/20/2021 | 01550 | Matthew R. Jackson | 0.10 | 42.50 | Exchange emails with plaintiffs' counsel regarding client's production. | 030460-000001 | 18671494 |
| 3/22/2021 | 01550 | Matthew R. Jackson | 0.10 | 42.50 | Exchange emails with Joel Tennenberg regarding issues related to ADP's production. | 030460-000001 | 18675185 |
| 3/22/2021 | 01550 | Matthew R. Jackson | 0.10 | 42.50 | Exchange emails with OTK's counsel regarding issues related to ADP's production. | 030460-000001 | 18675186 |
| 3/22/2021 | 01550 | Matthew R. Jackson | 0.10 | 42.50 | Review OTK's motion to amend scheduling order and plaintiffs' response to same. | 030460-000001 | 18675187 |
| 3/22/2021 | 01550 | Matthew R. Jackson | 0.30 | 127.50 | Exchange emails with plaintiffs' counsel regarding issues related to ADP's production. | 030460-000001 | 18675180 |
| 3/22/2021 | 01550 | Matthew R. Jackson | 0.50 | 212.50 | Exchange emails with Alice Quinn and Robin | 030460-000001 | 18675183 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | Raines regarding issues related to ADP's production. | | |
| 3/23/2021 | 02570 | Alexander G. Zoghby | 1.80 | 567.00 | Continue analyzing Alabama District Courts, 11th Circuit, and other federal jurisdiction cases for attorney fees awards to determine precedent on enhancing lodestar amount in preparation for drafting Request for Attorney Fees as requested by Judge Bearverstock. | 030460-000001 ▶ | 18675420 |
| 3/23/2021 | 01550 | Matthew R. Jackson | 0.10 | 42.50 | Draft email to Alice Quinn regarding ADP's production. | 030460-000001 ▶ | 18675605 |
| 3/23/2021 | 01550 | Matthew R. Jackson | 0.20 | 85.00 | Review emails and attachments from plaintiffs' counsel regarding ADP's production. | 030460-000001 ▶ | 18675607 |
| 3/23/2021 | 01550 | Matthew R. Jackson | 0.10 | 42.50 | Draft email to OTK's counsel regarding ADP's production. | 030460-000001 ▶ | 18675606 |
| 3/23/2021 | 01550 | Matthew R. Jackson | 1.80 | 765.00 | Research federal law, review and analyze cases, and evaluate issues in preparation to draft client's motion for attorneys' fees and costs. | 030460-000001 ▶ | 18675602 |
| 3/23/2021 | 01550 | Matthew R. Jackson | 0.60 | 255.00 | Conference with associate, Garrett Zoghby, regarding client's motion for attorneys' fees and costs and provide instructions regarding same. | 030460-000001 ▶ | 18675604 |
| 3/23/2021 | 02570 | Alexander G. Zoghby | 0.60 | 189.00 | Conference with co-counsel regarding ADP's motion for attorneys' fees and costs and evaluate strategy on same. | 030460-000001 ▶ | 18677275 |
| 3/24/2021 | 01550 | Matthew R. Jackson | 0.10 | 42.50 | Exchange emails with plaintiffs' counsel regarding issues related to ADP's production. | 030460-000001 ▶ | 18678367 |
| 3/24/2021 | 01550 | Matthew R. Jackson | 0.30 | 127.50 | Prepare for phone conference with plaintiffs' counsel, defense counsel, and numerous ADP representatives regarding information produced. | 030460-000001 ▶ | 18678357 |
| 3/24/2021 | 01550 | Matthew R. Jackson | 1.70 | 722.50 | Phone conference with plaintiffs' counsel, defense counsel, and numerous ADP | 030460-000001 ▶ | 18678360 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | representatives regarding information produced. | | |
| 3/24/2021 | 01550 | Matthew R. Jackson | 0.10 | 42.50 | Exchange emails with Alice Quinn regarding issues related to ADP's production. | 030460-000001 ▶ | 18678366 |
| 3/24/2021 | 01550 | Matthew R. Jackson | 0.20 | 85.00 | Conference with paralegals regarding additional production project related to "edit and audit" reports. | 030460-000001 ▶ | 18678390 |
| 3/25/2021 | 01550 | Matthew R. Jackson | 0.20 | 85.00 | Review materials received from counsel related to second production project. | 030460-000001 ▶ | 18682359 |
| 3/25/2021 | 01550 | Matthew R. Jackson | 0.10 | 42.50 | Exchange emails with all counsel and ADP representatives regarding issues related to second production project. | 030460-000001 ▶ | 18682358 |
| 3/26/2021 | 01550 | Matthew R. Jackson | 0.50 | 212.50 | Exchange emails with all counsel and ADP representatives regarding issues related to second production project. | 030460-000001 ▶ | 18682348 |
| 3/26/2021 | 01550 | Matthew R. Jackson | 0.20 | 85.00 | Conference with paralegals regarding new details concerning second production project. | 030460-000001 ▶ | 18682349 |
| 3/26/2021 | 01550 | Matthew R. Jackson | 0.40 | 170.00 | Phone conference and emails with Alice Quinn regarding issues related to second production project. | 030460-000001 ▶ | 18682345 |
| 3/26/2021 | 01550 | Matthew R. Jackson | 0.40 | 170.00 | Phone conference and emails with Joel Tennenberg regarding status of matter. | 030460-000001 ▶ | 18682347 |
| 3/26/2021 | 01550 | Matthew R. Jackson | 0.40 | 170.00 | Phone conferences with Scott Hetrick and Matt McDonald regarding need for expert declarations supporting ADP's motion for attorneys' fees. | 030460-000001 ▶ | 18682346 |
| 3/27/2021 | 01550 | Matthew R. Jackson | 0.80 | 340.00 | Perform research necessary to include in ADP's motion for attorneys' fees and costs, and specifically to try to locate fee award made to attorney defending client against sanctions. | 030460-000001 ▶ | 18682342 |
| 3/27/2021 | 01550 | Matthew R. Jackson | 2.20 | 935.00 | Begin drafting ADP's motion for attorneys' fees and costs and supporting declarations. | 030460-000001 ▶ | 18682343 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3/28/2021 | 01550 | Matthew R. Jackson | 2.50 | 1,062.50 | Continue drafting ADP's motion for attorneys' fees and costs and supporting declarations, and identify and compile necessary exhibits. | 030460-000001 ▸ | 18682344 |

| | | | |
|---|---|---|---|
| UNBILLED TOTALS: WORK: | 169.90 | 60,757.50 | 141 records |
| UNBILLED TOTALS: BILL: | 169.90 | 60,757.50 | |
| GRAND TOTALS: WORK: | 169.90 | 60,757.50 | 141 records |



**Recap of Cost Detail**

All Entries ▾          **Matter Number**  030460-000001 ▸

⦿ Sort by Date ○ Sort by Timekeeper          ⦿ **Date Worked**   1/1/2021   to   3/28/2021          Search

**First Column**  ▾          ○ Date Billed                to

**Second Column**  ▾          **Invoice**                Summarize

| Date | Timekeeper | Name / Invoice Number | Code | Rate | Quantity | Amount | Description |
|------|-----------|----------------------|------|------|----------|--------|-------------|
| 3/9/2021 | 00000 | Firm Attorney | HTRNSCR | 580.80 | 1.00 | 580.80 | Trial/Hearing Transcript Fees Vendor=Cheryl K. Powell Balance= .00 Amount= 580.80 Check #324018 03/16/2021 |
|  |  | Voucher=938001 Paid |  |  |  |  |  |
| 3/16/2021 | 00000 | Firm Attorney | SLONGD | 0.19 | 7.00 | 1.33 | Long Distance Telephone Calls Long Distance Telephone Charges (Mobile) from 40847 to 19732028032 - OUTGOING |
| 3/16/2021 | 00000 | Firm Attorney | HTRNSCR | 308.55 | 1.00 | 308.55 | Trial/Hearing Transcript Fees Vendor=Cheryl K. Powell Balance= .00 Amount= 308.55 Check #324075 03/17/2021 |
|  |  | Voucher=938106 Paid |  |  |  |  |  |
| 3/18/2021 | 00000 | Firm Attorney | SLONGD | 0.19 | 1.00 | 0.19 | Long Distance Telephone Calls Long Distance Telephone Charges (Mobile) from 40847 to 19732028032 - OUTGOING |
|  |  | UNBILLED TOTALS: WORK: |  |  |  | 890.87 | 4 records |
|  |  | UNBILLED TOTALS: BILL: |  |  |  | 890.87 |  |
|  |  | GRAND TOTAL: WORK: |  |  |  | 890.87 | 4 records |
|  |  | GRAND TOTAL: BILL: |  |  |  | 890.87 |  |

# Exhibit 1-B

CAB NO. 1935

## Mobile Bay
TRANSPORTATION COMPANY, INC.

**LIMOUSINE & BUS SERVICE**
**TRANSPORTATION SLIP**

DATE 3/11/21

SOLD TO ALICE QUINN

TRIP MOB REG AIRPORT TO

| ROOM NUMBER | GUEST NAME (S) | AMOUNT |
|---|---|---|
| | Alice Quinn | |
| | | |
| | BATTLE HOUSE MOBILE, AL | |
| | FARE | 50,00 |
| | TIP | 10,00 |
| | NO CREDIT ISSUED IF | |
| | CANCELLED OR CHANGED | |
| | WITH LESS THAN 24 HR. NOTICE | |
| | TO THIS DESK | |
| | **TOTAL** | 60,00 |

SIGNATURE Ricky Young

AREAS USA EWR, LLC.
RUBY TUESDAY
NEWARK LIBERTY INT'L AIRPORT

```
        TABLE#     8/2
   SERVER    8749/Dinoelma
        CHECK#      927
        2021/03/11 12:24:06
        *****Authorize*****
  MERC ID:0075420008031134284601
   REF No: 311172413 CHIP
   CT No:  ***********5480
        EXP:     XX/XX
      CARD:   MASTERCARD
        CheckNo:927
        TableNo:8/2
    APPROVAL CODE: 02420Z
       EMV Receipt Section
 Application Label: CAPITAL ONE
    TC:  FA7CBF09A0568C5B
      TVR: 0000008000
      AID: A0000000041010
 IAD: 0110607001200009A3F0000000
              Subtotal: $16.72

                 Tip: 4.72

                 Total: 21.42

X  Manacin
                   Signature
              CUSTOMER COPY
```



SQUID INK
ECLECTIC
EATS & DRINKS

Squid Ink
102 Dauphin Street
Mobile A1, 36602
251-405-0031
Check out our new Happy Hour
M-F
2pm-6pm

Server: Bar B                          Table B9
Check #107
Guest Count: 1
Ordered:                        03/11/21 7:22 PM

Input Type              C (EMV Chip Read)
MASTERCARD                    xxxxxxxx5480
Time                              7:51 PM

Transaction Type                     Sale
Authorization                    Approved
Approval Code                      03053Z
Payment ID                    tCRrfXjsrPLt
Application ID           A0000000041010
Application Label              MASTERCARD
Terminal ID
Card Reader                MAGTEK_EDYNAMO

Amount                            $15.96

+ Tip:                      5.00

= Total:                    2096

X    Mary a curr

MARY QUINN

Customer Copy

Ink Happens
squidinkeats.com

Trellis Room Restaurant
Renaissance Battle House Hotel & Spa
251-338-2000

3334 Seth

------------------------------------------------

CHK 7965                                    GST 1

T12
3/12/2021 8:35 AM

------------------------------------------------

Dining

1 Eggs Benedict                    12.00
1 MED Coffee, Reg                   3.50

Food                              $15.50
Tax                                $1.55
9:09 AM
Total Due $17.05

Tip: _____5.00_____

Total: 22.05

Room #:_____

_Mary Alan Qwh_
Printed Name

_Mary a Dr_
Signature

# Receipt for your transaction with Taxi Howard

Transaction ID

12605997S1124081P



**Taxi Howard**
1554 Eslava St
Mobile, AL 36604
United States

Phone: (251) 554-1782

Mar 12, 2021 15:19:03 PST
View your receipt

**Total sale: $57.00 USD**





Help & Contact | Security | Apps

   

2



OPERATED BY HUDSON
Mobile Regional Airport
8400 Airport Blvd.
Mobile, AL 36608

**SALE TRANSACTION**

| | | |
|---|---|---|
| 099610002559 | STRAWBERRY BANANA | $4.50 |
| 049000000450 | DIET COKE 20 OZ | $3.49 |

Sales Tax:   $7.99 @ 10.0%    $0.80

Items in Transaction:2                $8.79
Balance to pay                        $8.79
MasterCard

---

TYPE: Sale                   INSERTED
ACCT: MASTERCARD
     CAPITAL ONE

---

CARD # ************5480      EXP **/**
DATE/TIME:      03/12/2021   18:33:17
REF #                  AUTH #   RESP 00
014345             09790Z    ISO
AID: A0000000041010
TSI: E800 ARC:00  CUR:0840
TVR: 0400008000
APP: MASTERCARD
IAD: 0110A0000122000000000000000000000
     00FF

                         ------------
                            8.79
Total USD$               ------------


                  Approved


No Signature Required


I agree to pay the above total amount
according to the card issuer agreement
(merchant agreement if credit voucher)


CUSTOMER COPY



**R**
**RENAISSANCE®**
HOTELS

BATTLE HOUSE A RENAISSANCE HTL

GUEST FOLIO

| 3135 ROOM | QUINN/MARY/ALICE NAME | | 161 00 RATE | 03/12/21 DEPART | 11 53 TIME | 14947 ACCT# |
| DK TYPE | LEISURE-NJ | | | 03/11/21 ARRIVE | 19 08 TIME | |
| 13 ROOM CLERK | ADDRESS | | MCXXXXXXXXXXXX5480 PAYMENT | | | MBV# |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 03/11 | TOURISM TOURISM | 1 00 | | |
| 03/11 | ROOM 3135, 1 | 161 00 | | |
| 03/11 | TAX 3135, 1 | 22 54 | | |
| 03/12 | CCARD-MC | | 184 54 | |
| | PAYMENT RECEIVED BY MASTERCARD XXXXXXXXXXXXX5480 | | | 00 |

See our "Privacy & Cookie Statement" on Marriott.com

As a Marriott Bonvoy member, you could have earned points towards your free dream vacation today. Start earning points and elite status, plus enjoy exclusive member offers. Enroll today at the front desk.

See https://members.marriott.com for more information

**R**
**RENAISSANCE®**
HOTELS

BATTLE HOUSE A RENAISSANCE HTL
26 NORTH ROYAL STREE
MOBILE, AL 36602
PH# 251-338-2000 FAX# 251-415-0123

Was that the best night's sleep you have ever had? Have a repeat performance at your place by visiting CollectRenaissance.com.

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1 5% per month (ANNUAL RATE 18%) or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



AIRPORT
'M PARKING

NO..

956
165160
0
80463
02 903 013T8T7
03.11.21 11 08
03.13.21 00.41
TRANSIENT TICKET
78.00 USD
78.00 USD

78.00 USD

ZWY9651

3:33
DER COPY
*******
****0902
00:42
;3
..........5480
IE

CREDIT
A0000000041010
01
3E5DB9B2394F13E
063282
$78.00
$78.00

dholder
ication
OVED

ount will be

NCLUDED
OU FOR
NG AT
AIRPORT
SAFE TRIP