**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM HEATH HORNADY, et al.,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Case No. 1:18-cv-00317 |
| | * | |
| **OUTOKUMPU STAINLESS USA,** | * | |
| | * | |
| Defendant. | * | |

**DECLARATION OF R. SCOTT HETRICK**

Pursuant to 28 U.S.C. § 1746, I hereby declare the following:

1. My name is R. Scott Hetrick. I am over the age of 21 years. I reside in Mobile County, Alabama. I am an attorney licensed to practice law in Alabama, and was formally admitted to the Alabama State Bar on September 30, 1994. I have been admitted to practice before the United States District Court for the Southern District of Alabama since January 1995 and have continuously been in good standing. I am also admitted to practice in the Northern and Middle Districts of Alabama, the Northern District of Florida, and the Fifth and Eleventh Circuit Courts of Appeal. I also have been admitted *pro hac vice* on several occasions in the United States District Courts for the Northern and Southern Districts of Mississippi, the Eastern District of Louisiana, the Northern District of Georgia, and the Middle District of Tennessee.

2. Since January 1, 2000, I have been associated with the law firm of Adams and Reese LLP and a partner with the firm since 2003. My firm has multiple locations and many lawyers with whom it is customary for me to interact in the representation of our clients.

3. Over the last 27 years, my practice has primarily focused on labor and employment law counseling and litigation exclusively representing employers. My clients have included both

private companies and public entities with whom the firm has ongoing relationships as well as entities who are insured and to whom EPLI insurance companies direct our firm to defend.

4. Over the course of my career, I have extensively researched and counseled clients concerning the provisions of the Fair Labor Standards Act and other federal and state employment laws. I also have litigated numerous employment lawsuits as both "first chair" and "second chair" counsel having both worked under other attorneys' supervision and supervising other attorneys. I am familiar with the customary billing practices required of attorneys in connection with employment lawsuits. I also have experience litigating attorney fee and costs disputes. I am familiar with the attorneys' fees charged within the Mobile area for employment litigation.

5. I am very familiar with the attorneys from my firm representing ADP. Matthew R. Jackson is counsel for ADP, Inc. in this litigation. Mr. Jackson is my law partner. I have worked with him ever since he joined Adams and Reese LLP in 2011 on several legal matters. In particular, since 2017, I have been the "billing partner" monitoring Mr. Jackson's work on a very complex and contentious trade secrets and breach of confidentiality lawsuit involving a significant client.

6. I am very familiar with Mr. Jackson's experience, reputation, skill, and ability. Mr. Jackson is a highly skilled litigator and has served, and currently serves, as lead counsel in numerous complex, high stakes business disputes representing both plaintiffs and defendants. He has secured judgments and settlements for plaintiffs in excess of $1,000,000, and has obtained favorable results (including dismissal at various stages of litigation) for defendants. He has extraordinary skill and ability particularly when it comes to investigating and developing facts in complicated factual situations having severe potential adverse consequences, and presenting the findings in a persuasive and compelling manner. Mr. Jackson has an excellent reputation within the firm and the legal community in general.

7. I am also familiar with the associates and paralegals working on this matter under Mr. Jackson's supervision. Blake Richardson has six years of experience and regularly practices in a wide range of litigation. Garrett Zoghby has four years of experience and regular practices in a wide range of litigation. He is admitted to the United States District Courts for the Southern, Middle, and Northern Districts of Alabama, and the Eleventh Circuit Court of Appeals. Before private practice, Garrett clerked for the Mobile County, Alabama, Circuit Court Judge Ben H. Brooks, III. The paralegals who worked on this matter – Becky Gibson, Joy Massey, and Leigh Lods – are highly skilled and experienced paralegals capable of working on complex litigation that requires specialized attention to case management and electronic data review and indexing.

8. I am familiar with the work that my firm's attorneys and paralegals performed on ADP's behalf in this matter. I can personally attest to the significant decline in Mr. Jackson's and his team's work on other matters that I monitor during the month of March 2021 in order to represent ADP in this matter.

9. I have reviewed ADP's motion for attorneys' fees and costs, as well as the supporting exhibits thereto and the relevant filings referenced therein. I have also reviewed the detailed time and expense reports that Adams and Reese LLP generated for its work on ADP's behalf in this litigation. Matt Jackson was billed at an hourly rate of $425 per hour, Garrett Zoghby and Blake Richardson were billed at hourly rates of $315 per hour, and the paralegals were billed at hourly rates of $220 per hour. It is my professional opinion that these hourly rates are reasonable considering the nature, type, and complexity of the dispute and the result obtained on ADP's behalf. These rates are comparable and customary to those charged in the Mobile area by attorneys and paralegals of similar experience, reputation, and ability.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of March, 2021.

                                                                    */s/ R. Scott Hetrick*
                                                                    R. SCOTT HETRICK