IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| WILLIAM HEATH HORNADY, CHRISTOPHER MILLER and TAKENDRIC STEWART, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> OUTOKUMPU STAINLESS USA, LLC, <br><br> Defendants. | CIVIL ACTION NO.: <br><br> 1:18-cv-00317-JB-N |

### DEFENDANT'S RESPONSE TO ADP'S MOTION FOR FEES

On March 12, 2021, the Court held a Show Cause Hearing. On March 29, 2021, ADP, Inc. filed the present Motion for Attorney's Fees and Costs. [Doc. 312.] On March 30, 2021, the General Counsel of Littler Mendelson, P.C. spoke with Matthew Jackson, counsel for ADP, Inc. advising him Littler would pay the fees ADP sought by way of this motion, along with any additional fees ADP would incur in the future to respond to the subpoena at issue.[1] [Declaration of George R. Wood, ¶ 2.] Littler thereafter prepared a check in the amount of fees requested in ADP's motion and sent it overnight delivery to Mr. Jackson on April 6, 2021. [*Id.*, ¶ 3.]

---

[1] Littler first contacted ADP directly after the hearing on March 12, 2021, to discuss issues arising in this case related to the subpoena, including the payment of ADP's fees related to the subpoena. ADP and Littler have scheduled a call for April 13, 2021, at 3:30 EST, to discuss various issues.

Littler also sought from Mr. Jackson an accounting of any additional fees ADP had incurred since the motion was filed. [*Id.*, ¶ 4.] To Littler's understanding, Mr. Jackson is preparing that accounting. Once it is received, Littler will prepare a second check payable to ADP for these additional fees. If there are other fees ADP incurs, Littler will pay them promptly.

Littler understands the alleged actions of one of its attorneys have caused issues with its clients, ADP and Outokumpu, the plaintiffs, and the Court. Littler apologizes that the alleged actions of one of its lawyers have led to this situation. It understands the Court's concern and that of the parties and ADP.

On March 30, 2021, Littler's General Counsel spoke with Mr. Jackson about what ADP intended to do with the present motion in light of Littler agreeing to pay the fees sought. Mr. Jackson has since advised Littler by email that ADP does not intend to withdraw the present motion. [Wood Decl., ¶ 5.] The motion seeks only fees so, at this point, Littler respectfully believes ADP's motion is resolved.

Littler again apologizes to the Court, the parties, and counsel, for the alleged actions of one of its attorneys. Littler will be prepared to address any other issues at the hearing on April 13, 2021.

> Respectfully submitted,
>
> s/ Charles A. Powell IV
> Charles A. Powell IV, ASB-9015-O77C

                                                Jennifer Fox Swain, ASB-7761-I67J
                                                Attorneys for Defendant

**LITTLER MENDELSON, P.C.**
420 20th Street North, Suite 2300
Birmingham, AL 35203-3204
Telephone: (205) 421-4700
cpowell@littler.com
jswain@littler.com

# CERTIFICATE OF SERVICE

      I hereby certify that on April 7, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Ian D. Rosenthal<br>HOLSTON, VAUGHAN &<br>ROSENTHAL, LLC<br>P. O. Box 195<br>Mobile, AL 36601<br>idr@holstonvaughan.com | Alexander Garrett Zoghby<br>Matthew Ryan Jackson<br>Adams & Reese, LLP<br>11 N. Water St., Suite 23200<br>Mobile, AL 36602<br>garrett.zoghby@arlaw.com<br>matt.jackson@arlaw.com |
| Patrick H. Sims<br>SIMS LAW FIRM, LLC<br>P. O. Box 7112<br>Mobile, AL 36670<br>patrick@simslawfirm.net | |

                                                s/ Charles A. Powell IV
                                                OF COUNSEL