## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| WILLIAM HEATH HORNADY, CHRISTOPHER MILLER and TAKENDRIC STEWART, Individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br>v.<br><br>OUTOKUMPU STAINLESS USA, LLC,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION NO.:<br>)<br>)　1:18-cv-00317-JB-N<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF GEORGE WOOD

GEORGE WOOD declares under the penalties of perjury as follows:

1. I am General Counsel of Littler Mendelson, P.C. and submit this declaration in response to ADP, Inc.'s motion outlining the fees it has incurred in this case.

2. On March 30, 2021, I contacted Matthew Jackson, counsel for ADP, about the present motion. I told Mr. Jackson Littler would agree to pay the fees set forth in the motion and any additional fees ADP would incur related to the subpoena issued to it in this case. Mr. Jackson thanked me for that decision and said he would so advise ADP. I also spoke with Mr. Jackson about what ADP intended to do with

the present motion in light of Littler's agreement to pay. Mr. Jackson stated he would contact ADP and get back to me.

3. On April 6, 2021, Littler sent a check overnight mail to Mr. Jackson in the amount of fees ADP has sought in its motion. I have been advised this check was delivered on April 7, 2021, to Mr. Jackson's offices.

4. Mr. Jackson and I have discussed via email an accounting of any additional fees ADP may incur going forward and my understanding is he will be providing me with such an accounting. Once that is received, Littler will pay the additional fees promptly.

5. On April 6, 2021, I received an email from Mr. Jackson stating ADP will not withdraw the present motion despite Littler's agreement to pay all the fees sought. Mr. Jackson provided no rationale for ADP's decision in this regard.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed on this 7th day of April, 2021.

*George R. Wood*

George Wood