# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM HEATH HORNADY, et al.,** | ) |
| Plaintiffs, | ) ) CASE NO. 1:18-cv-00317-JB-N |
| **v.** | ) ) |
| **OUTOKUMPU STAINLESS USA, LLC** | ) ) |
| Defendant. | ) ) |

## DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL (OPPOSED) AND TO EXTEND DEADLINE FOR SUBMISSION OF JOINT REPORT

Defendant Outokumpu Stainless USA, LLC ("Outokumpu") moves, under General Local Rule 83.3(h), to substitute Devin C. Dolive of the law firm of Burr & Forman LLP as counsel for Outokumpu in place of Jennifer Fox Swain, Sinead E. Daly (admitted *pro hac vice*), and Charles A. Powell, IV of the law firm of Littler Mendelson, P.C. Because Plaintiffs' counsel has indicated that his clients oppose this substitution, Outokumpu also moves, under Federal Rule of Civil Procedure 6(b), to extend the time for submission of the joint report currently due on April 27 (per the Court's statements at the April 13, 2021 pretrial status conference) until at least 10 days after the Court rules on the requested substitution of counsel. In support, Outokumpu shows as follows:

1. Attorney Jennifer Fox Swain of Littler Mendelson, P.C. filed the initial appearance for Outokumpu in the matter in August 2018. (*See* Doc. 10.) Thereafter, three out-of-state attorneys at Littler Mendelson, P.C. moved for admission *pro hac vice*, though one of these attorneys (Ryan B. Sheffield) later withdrew. (*See* Docs. 28, 37, 88, & 158). This left Outokumpu, as of the time of the March 12, 2021 show-cause hearing (*see* Doc. 298), with three attorneys of record, all of whom were with Littler Mendelson, P.C.

2. During the show-cause hearing on March 12, 2021, the Court suspended the *pro hac vice* admission of Outokumpu's "lead counsel" Gavin S. Appleby. Thereafter, on March 21, 2021, Charles A. Powell, IV (also with Littler Mendelson, P.C.) filed a notice of appearance (Doc. 306) and stated that he was replacing Mr. Appleby as Outokumpu's "lead counsel." (*See* Doc. 307 at PageID #3950.)

3. More recently, at the pretrial status conference held on April 13, 2021 (*see* Doc. 311), the Court asked the parties to present "a joint list" of "fact questions to be resolved by a factfinder or as a sanction" so as to help the Court "do a better job entering a sanctions order in this case." (*See* Apr. 13, 2021 Tr. 46:19-47:18.) Based on the instructions provided at the hearing, it appears that this joint report is currently due on April 27, 2021.

4. Outokumpu believes that the Littler Mendelson, P.C. firm has a conflict and that, following the pretrial status conference, attorneys at Littler Mendelson, P.C. can no longer represent Outokumpu's interests in this case. Accordingly, Outokumpu retained Mr. Dolive and the law firm of Burr & Forman LLP to represent it. Mr. Dolive asks that he be served with all pleadings, motions, filings, and notices in this action. His contact information is in the signature block below.

5. Before filing this motion, Mr. Dolive conferred with Plaintiffs' counsel Ian D. Rosenthal. Mr. Rosenthal stated that his clients oppose the substitution of any Burr & Forman LLP attorney in place of attorneys at Littler Mendelson, P.C. Mr. Rosenthal further stated that Plaintiffs' position was that a substitution request should be ruled upon by a judge other than the Article III judge currently assigned to the case.

6. Plaintiffs' stated opposition to the substitution of counsel arguably creates uncertainty over who should be conferring with Plaintiffs' counsel regarding the content of the

joint report that is currently due on April 27 and also over who would be authorized to sign such a joint report on Outokumpu's behalf. Therefore, Outokumpu asks that the Court extend the April 27 deadline. Specifically, Outokumpu asks that the deadline be extended until at least 10 days after the Court rules on the present request for substitution of counsel. In conferring with Plaintiffs' counsel before filing this motion, Mr. Dolive understands that Plaintiffs' position is as follows: though Plaintiffs oppose the substitution of counsel for Outokumpu, Plaintiffs recognize that the present April 27 deadline is not workable in light of Outokumpu's substitution request.

WHEREFORE, Outokumpu respectfully asks that this Court enter Orders (1) substituting Mr. Dolive of the law firm of Burr & Forman LLP as counsel for Outokumpu in place of Mr. Powell, Ms. Swain, and Ms. Daly of the law firm of Littler Mendelson, P.C. and (2) extending the deadline for the submission of the joint report (currently due April 27, 2021), such that the joint report would be due at least 10 days after the Court rules on the requested substitution of counsel.

Respectfully submitted,

*s/ Devin C. Dolive*
Devin C. Dolive (DOLID4671)

Attorney for Defendant
OUTOKUMPU STAINLESS USA, LLC

**OF COUNSEL:**

BURR & FORMAN LLP
420 North 20th St., Suite 3400
Birmingham, Alabama 35203
Telephone: 205-251-3000
Facsimile:  205-458-5100
ddolive@burr.com

## CERTIFICATE OF SERVICE

        I do hereby certify that I have on April 21, 2021, electronically filed the foregoing document using the Court's CM/ECF system, which will send electronic notice to the following:

Ian D. Rosenthal
HOLSTON, VAUGHN & ROSENTHAL, LLC
P.O. Box 195
Mobile, AL 36601
idr@holstonvaughan.com

Charles A. Powell, IV
Jennifer Fox Swain
LITTLER MENDELSON, P.C.
420 North 20th St., Suite 2300
Birmingham, AL 35203
cpowell@littler.com
jswain@littler.com

Patrick H. Sims
SIMS LAW FIRM, LLC
P.O. Box 7112
Mobile, AL 36670
patrick@simslawfirm.com

Sinead E. Daly (admitted *pro hac vice*)
LITTLER MENDELSON, P.C.
3344 Peachtree Road, N.E., Suite 1500
Atlanta, GA 30326
sdaly@littler.com

                              *s/ Devin C. Dolive*
                              OF COUNSEL