**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **WILLIAM HEATH HORNADY**, **CHRISTOPHER MILLER, and TAKENDRIC STEWART, etc.**, )))) | |
| Plaintiffs, ) | CASE NO.: 18-cv- 317-JB-N |
| -vs- ))))) | |
| **OUTOKUMPU STAINLESS USA, LLC**, ))) | |
| Defendant. | |

**PLAINTIFFS' INITIAL SUMMARY OF OPPOSITION TO
MOTION TO SUBSTITUTE COUNSEL**

Defendant has filed a Motion to Substitute Counsel. (Doc. 319) Devin Dolive was courteous enough to contact Plaintiffs' counsel in advance, which is legitimately appreciated. Plaintiffs have no choice but to oppose this motion. Plaintiffs state as follows:

1. There would be legitimate reason for concern about the effects of substitution of counsel at this stage no matter who the proposed substituted attorneys are, but the Defendant's motion is specifically objectionable and problematic because the proposed substitute counsel firm is Burr & Forman.

2. On September 13, 2018 Plaintiffs filed an "Initial Submission Concerning Judicial Disqualification Issues." (Doc. 33) The Court set a conference on September 17, 2018. (Doc. 35) An audio recording is presumably available, but has not yet been obtained. The undersigned's recollection is that Judge Beaverstock provided detailed information about the issues Plaintiffs had

1

raised. The Court may even have commented on the significance of Burr & Forman's non-involvement in this case.

3. Judge Beaverstock invited the parties to advise the Court whether – in light of the information he provided – there was any objection to him presiding over the case. As the undersigned recalls, Judge Beaverstock made it very clear that he would recuse upon request. After consideration of the information Judge Beaverstock provided, and after actual consultation with each of the people who were then Plaintiffs, no objection was made.

4. Obviously, the analysis would have been different if the Burr & Forman firm represented Defendant.

5. The Defendant's motion is filed very shortly after Judge Beaverstock's oral comments about his intended rulings. Defendant's motion creates a very significant, and very obvious, issue about potential recusal. That issue only exists if Burr & Forman attorneys are substitute counsel. Whether or not that is a part of Defendant's motivation is impossible to know, but the potential issue of apparent impropriety is glaring.

6. Plaintiffs would ask the opportunity to submit further briefing on whatever schedule the Court provides for – all with the recognition that merely be filing its motion Defendant has ensured further delay in the proceedings.

Respectfully submitted,

**HOLSTON, VAUGHAN & ROSENTHAL, LLC.**

By: /s/ Ian D. Rosenthal
Ian D. Rosenthal – ROSEI6905
Attorney for Plaintiffs
P.O. Box 195
Mobile, AL 36601

2

          (251) 432-8883 (office)
          (251) 432-8884 (fax)
          Email:  idr@holstonvaughan.com

**SIMS LAW FIRM, LLC.**

Patrick H. Sims – SIMSP8145
Attorney for Plaintiffs
P.O. Box 7112
Mobile, AL 36670
(251) 725-1316 (office)
Email: patrick@simslawfirm.net

### **CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 21st day of April, 2021, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Charles Powell, IV Esq.**
**Jennifer F. Swain, Esq.**
LITTLER MENDELSON, P.C.
420 20th Street North, Suite 2300
Birmingham, Alabama 35203-3204

**Sinead Daly, Esq.**
LITTLER MENDELSON, P.C.
3344 Peachtree Road, N.E., Suite 1500
Atlanta, GA 30326

**Devin Dolive, Esq.**
Burr & Forman, LLP
420 North 20th Street – Suite 3400
Birmingham, Alabama 32503

          /s/ Ian Rosenthal
          OF COUNSEL