IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM HEATH HORNADY, CHRISTOPHER MILLER, and TAKENDRIC STEWART, etc., | ) ) ) ) |
| Plaintiffs, | ) CASE NO.: 18-cv- 317-JB-N |
| -vs- | ) ) ) ) |
| OUTOKUMPU STAINLESS USA, LLC, | ) ) ) |
| Defendant. | ) |

## PLAINTIFFS' REVISED SUBMISSION REGARDING MOTION TO SUBSTITUTE COUNSEL

Plaintiffs have now been able to obtain the transcript of the conference held September 13, 2018 and, therefore, revise their position concerning Defendant's Motion to Substitute Counsel. (Doc. 319)

Plaintiffs only oppose the motion to substitute if the result of that substitution is that District Court Judge Beaverstock determines that recusal would be a consequence of that substitution. Having reviewed the transcript, Plaintiffs do not believe that recusal is required. If there is no recusal, then Plaintiffs do not oppose the substitution of counsel. Plaintiffs' position reflects the substantial delay that would result from recusal and reassignment.

Respectfully submitted,

**HOLSTON, VAUGHAN & ROSENTHAL, LLC.**

By: /s/ Ian D. Rosenthal
Ian D. Rosenthal – ROSEI6905
Attorney for Plaintiffs
P.O. Box 195
Mobile, AL 36601
(251) 432-8883 (office)
(251) 432-8884 (fax)
Email: idr@holstonvaughan.com

**SIMS LAW FIRM, LLC.**

Patrick H. Sims – SIMSP8145
Attorney for Plaintiffs
P.O. Box 7112
Mobile, AL 36670
(251) 725-1316 (office)
Email: patrick@simslawfirm.net

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 22nd day of April, 2021, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Charles Powell, IV Esq.**
**Jennifer F. Swain, Esq.**
LITTLER MENDELSON, P.C.
420 20th Street North, Suite 2300
Birmingham, Alabama 35203-3204

**Sinead Daly, Esq.**
LITTLER MENDELSON, P.C.
3344 Peachtree Road, N.E., Suite 1500
Atlanta, GA 30326

**Devin Dolive, Esq.**
Burr & Forman, LLP
420 North 20th Street – Suite 3400
Birmingham, Alabama 32503

/s/ Ian Rosenthal
OF COUNSEL