# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM HEATH HORNADY, et al.,** | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CASE NO. 1:18-cv-00317-JB-N |
| **OUTOKUMPU STAINLESS USA, LLC** | ) ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEARANCE

COMES NOW H. William Wasden of the law firm Burr & Forman LLP and hereby gives notice of his appearance as additional counsel of record for Defendant Outokumpu Stainless USA, LLC.

Respectfully submitted,

*/s/ H. William Wasden*
H. WILLIAM WASDEN

Attorney for Defendant
Outokumpu Stainless USA, LLC

**OF COUNSEL:**
BURR & FORMAN LLP
11 North Water Street, Suite 22200
Mobile, Alabama 36602
Telephone:    (251) 344-5151
Facsimile:    (251) 344-9696
Email: bwasden@burr.com

## CERTIFICATE OF SERVICE

      I hereby certify that, on September 10, 2021, I electronically filed the foregoing document using the Court's CM/ECF system, which will automatically send electronic notice to the following:

| | |
|---|---|
| Ian D. Rosenthal<br>HOLSTON, VAUGHN & ROSENTHAL, LLC<br>P.O. Box 195<br>Mobile, AL 36601<br>idr@holstonvaughan.com | Patrick H. Sims<br>SIMS LAW FIRM, LLC<br>P.O. Box 7112<br>Mobile, AL 36670<br>patrick@simslawfirm.com |

                                       */s/ H. William Wasden*
                                       OF COUNSEL