# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM HEATH HORNADY, et al.,** | ) |
| Plaintiffs, | ) ) ) |
| v. | ) CASE NO. 1:18-cv-00317-JB-N ) |
| **OUTOKUMPU STAINLESS USA, LLC** | ) ) |
| Defendant. | ) ) |

## NOTICE OF APPEARANCE

COMES NOW Ronald W. Flowers of the law firm Burr & Forman LLP and hereby gives notice of his appearance as additional counsel of record for Defendant Outokumpu Stainless USA, LLC.

Respectfully submitted,

*/s/ Ronald W. Flowers*
Ronald W. Flowers

Attorney for Defendant
Outokumpu Stainless USA, LLC

**OF COUNSEL:**
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
Email: rflowers@burr.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on September 14, 2021, I electronically filed the foregoing document using the Court's CM/ECF system, which will automatically send electronic notice to the following:

Ian D. Rosenthal
HOLSTON, VAUGHN & ROSENTHAL, LLC
P.O. Box 195
Mobile, AL 36601
idr@holstonvaughan.com

Patrick H. Sims
SIMS LAW FIRM, LLC
P.O. Box 7112
Mobile, AL 36670
patrick@simslawfirm.com

      */s/ Ronald W. Flowers*
      OF COUNSEL