IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM HEATH HORNADY, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | ) CIVIL ACTION NO. 1:18-00317-JB-N |
| | ) |
| **OUTOKUMPU STAINLESS USA,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

Plaintiffs' Motion to Allow Limited Discovery (Doc. 339) is denied. At the hearing of the Motion conducted on September 15, 2021, Defendant committed to instruct ADP to produce the subject records in the format requested by Plaintiffs.

**DONE and ORDERED** this 16th day of September, 2021.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE