**Appendix I**

| Discovery Orders | Document | Comments |
|---|---|---|
| **Order No. 1 (9/4/2018)** | Initial Disclosures; FLSA Scheduling Order (Doc. 24) | Parties filed Joint Motion to Set Aside (Doc. 47), which resulted in the Superseding Scheduling Order. |
| **Order No. 2 (10/25/2018)** | Superseding Scheduling Order (Doc. 64) | Defendant was ordered to produce "Excel Data file for each Plaintiff" showing time records and pay data prior to 10/31/18. Defendant was required to provide data for "additional Plaintiffs who choose to join this litigation. . . in a reasonable time." (Doc. 64). Defendant responded with inaccurate and incomplete time and pay records. |
| **Order No. 3 (4/8/2019)** | Phase I Scheduling Order (Doc. 91) | Defendant did not timely respond to the Initial Disclosures and First Set of Interrogatories and Requests for Production (Doc. 92). The Initial Disclosures sought, in part, information on Defendant's time, pay and bonus methodology. The Requests for Production sought time and pay records, as well as data related to Defendant's incentive plan. |
| **Order No. 4 (7/12/2019)** | Order (Doc. 108) granting Plaintiffs First Motion to Compel (Doc. 96) | Defendant was ordered to serve the Plaintiffs with Initial Disclosures and complete responses to the Plaintiff's First Set of Interrogatories and Requests for Production by July 26, 2019. Defendant sought additional time to comply, but did not comply. |
| **Order No. 5 (8/29/2019)** | Second / Amended Phase I Scheduling Order (Doc. 137) | The Amended Phase I Scheduling Order was the result of a Joint Motion. (Doc. 132). Defendant agreed, and was ordered, to supplement pay records by September 6, 2019. Defendant did not comply. |
| **Order No. 6 (12/16/2019)** | Order (Doc. 166) Granting in part; Denying part Plaintiffs' Third Motion to Compel (Doc. 160) | At the hearing, Defendant agreed, and was ordered, to supplement various categories of discovery. It did not. (See Doc. 170). |
| **Order No. 7 (1/21/2020)** | Order (requiring Defendant to produce time and pay records in 1/3 increments and excel format) (Doc. 172) | Defendant did not comply. Defendant responded with spreadsheets in PDF format. The spreadsheets do not contain pay rates. |
| **Order No. 8 (3/10/20)** | Order (requiring Defendant to produce incentive plan data) (Doc. 182) | Defendant did not comply. |
| **Order No. 9 (5/8/2020)** | Phase II Scheduling Order (Doc. 201) | Trial date and deadlines were adjusted at Defendant's request. Defendant did not meet the discovery deadline, September 11, 2020. |
| **Order No. 10 (5/28/2020)** | Stipulated Discovery Order (Doc. 208) | Defendant did not comply. |

| | | |
|---|---|---|
| **Order No. 11 (6/29/2020)** | Order granting Defendant's Rule 56(d) Motion to Defer Plaintiffs' Motion for Partial Summary Judgment (to allow completion of discovery referenced in said Motion) (Doc. 221) | Defendant did not conduct the discovery it requested in its Rule 56(d) Motion. |
| **Order No. 12 (7/22/2020)** | Order denying Sanctions (to allow Defendant an opportunity to subpoena relevant information from ADP) (Doc. 229) | Defendant misrepresented ADP's response to the subpoena. |