IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM HEATH HORNADY, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 1:18-00317-JB-N |
| | ) |
| **OUTOKUMPU STAINLESS USA,** | ) |
| | ) |
| **Defendant.** | ) |

### ORDER

On November 18, 2021, the Court entered an order granting default judgment on liability against Defendant. (Doc. 344). Pursuant to that order, the Court conducted a hearing on December 15 to discuss issues surrounding Plaintiffs' proof of damages. The parties addressed the following issues at the hearing: (i) the parties' "Joint Report and Stipulations Related to Award of Fees and Expenses Under the Court's [November 18, 2021] Order (Doc. 344)" (Doc. 345); (ii) data and methods relating to the calculation of damages and the timeframe for exchanging data and objections; (iii) the filing of motions to reconsider the November 18, 2021 order; and (iv) Defendant's contention, made during the hearing, that there remain disputed issues relating to Plaintiff's allegations about Defendant's workweek, regular and overtime pay, rounding policy, and incentive programs, notwithstanding the comprehensive default order entered against it.

Having duly considered the parties' presentations and contentions at the December 15 hearing, the Court hereby ORDERS as follows:

1. The Court accepts the parties' Joint Report (Doc. 345). Defendant is ordered to pay Plaintiffs $108,655.40 subject and pursuant to the terms of the Joint Report, within thirty days of the date of this Order.

2. Plaintiffs are ordered to provide to Defendant damage calculations for the first fifty (50) Plaintiffs, alphabetically, not later than January 15, 2022, and Defendant is ordered to provide to Plaintiffs any response and objections to the calculations not later than February 15, 2022.

3. The January 1, 2022, deadline discussed at the hearing for the filing of motions to reconsider the November 18, 2021, is suspended.

4. The Court is troubled by Defendant's contention that there remain disputed issues relating to its liability. The Court finds that its November 18, 2021 Order belies Defendant's contention. However, the Court will enter a supplemental Order to attempt to further clarify for Defendant the scope and consequence of the default sanction entered against it. The parties will have twenty-one (21) days after the entry of that order to file any motions for reconsideration.

**DONE and ORDERED** this 17th day of December 2021.

<u>/s/ JEFFREY U. BEAVERSTOCK</u>
CHIEF UNITED STATES DISTRICT JUDGE