## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF ALABAMA

WILLIAM HEATH HORNADY,     )
CHRISTOPHER MILLER,     )
TAKENDRIC STEWART, Individually and     )
on behalf of all others similarly situated,     )
     )
     Plaintiffs,     )   CASE NO.: 18-cv- 317
     )
     v.     )
     )
     )
OUTOKUMPU STAINLESS USA, LLC,     )
     )
     Defendant.

_____

### WITHDRAWAL OF CONSENT TO BECOME A PARTY PLAINTIFF (ROBERT C. DAVIS)

I, **Robert C. Davis**, hereby withdraw my previously filed consent to become a party Plaintiff in the above-captioned lawsuit styled <u>William Heath Hornady, et al. v. Outokumpu Stainless USA, LLC</u> to collect amounts due under the Fair Labor Standards Act, §§ 201 *et seq.*, and/or applicable federal or state law for work performed for Outokumpu Stainless USA, LLC.

Date: 1/13 , 2022

_____
ROBERT C. DAVIS

Robert C. Davis
Print Name

120 George Dr
Address

Jackson AL 36545
City, State and Zip Code

(251) 769-3809
Day Phone no. – Include Area Code (Required)

1