# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| WILLIAM HEATH HORNADY, CHRISTOPHER MILLER and TAKENDRIC STEWART, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OUTOKUMPU STAINLESS USA, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)  CASE NO.: 18-cv- 317-JB-N<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVING

The undersigned attorney for Plaintiffs gives notice that on this 14th day of January, 2022, the Defendant was served with damages calculations for the first thirty (30) Plaintiffs, alphabetically, as required by the Court's Order dated December 17, 2021, as modified with regard to the number of reports by subsequent email communications between the parties and the Court's judicial assistants.

A portable storage drive of the reports has been hand-delivered to counsel for Defendants to :

> William H. Wasden, Esq.
> Burr & Forman, LLP
> 11 North Water Street – Suite 22200
> Mobile, Alabama 36602

Respectfully submitted,

**HOLSTON, VAUGHAN & ROSENTHAL, LLC.**

By: /s/ Ian D. Rosenthal
Ian D. Rosenthal – ROSEI6905
Attorney for Plaintiffs

1

P.O. Box 195
Mobile, AL 36601
(251) 432-8883 (office)
(251) 432-8884 (fax)

**SIMS LAW FIRM, LLC.**

Patrick H. Sims – SIMSP8145
Attorney for Plaintiffs
P.O. Box 7112
Mobile, AL 36670
(251) 725-1316 (office)
Email: patrick@simslawfirm.net

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 14th day of January, 2022, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**William H. Wasden, Esq**.
Burr & Forman, LLP
11 North Water Street – Suite 22200
Mobile, Alabama 36602
E-Mail: bwasden@burr.com

**Devin C. Dolive, Esq.**
Burr & Forman, LLP
420 North 20th Street – Suite 3400
Birmingham, Alabama 32503
E-Mail:  ddolive@burr.com

**Ronald W. Flowers, Jr., Esq.**
Burr & Forman, LLP
420 North 20th Street – Suite 3400
Birmingham, Alabama 32503
E-Mail:  rflowers@burr.com

By: /s/ Ian D. Rosenthal
Ian D. Rosenthal