IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM HEATH HORNADY, et al., | ) |
| Plaintiffs, | ) ) ) |
| | ) CIVIL ACTION NO. |
| v. | ) 1:18-CV-00317-JB-N |
| | ) |
| OUTOKUMPU STAINLESS USA, LLC, | ) UNOPPOSED |
| | ) |
| Defendant. | ) ) |

## DEFENDANT'S MOTION FOR LEAVE FOR ONE OF ITS ATTORNEYS TO ATTEND HEARING VIA VIDEOCONFERENCE

Defendant Outokumpu Stainless USA, LLC ("OTK") seeks leave for one of its attorneys attend the Court's February 25, 2022 hearing via videoconference, such as Zoom or equivalent. In support hereof, OTK shows as follows:

1. As discussed at the Court's hearing on December 15, 2021, Plaintiffs were ordered to compile preliminary damage calculations for the first group of Plaintiffs, and OTK was ordered to provide responses and objections, if any, to same. (Doc. 346.)[1] Thereafter, in an Order entered on February 17, 2022, the Court set a hearing to discuss these damages calculations for Friday, February 25, 2022 at 1:00 p.m. (Doc. 351.)

2. One of OTK's attorneys, Bill Wasden, is available to attend the hearing on February 25, 2022 in person and plans to do so. However, another of OTK's attorneys, Devin Dolive, currently has travel plans that will place him outside of Alabama (in Nevada) on February 25, 2022.

---

[1] After conferring with OTK and with chambers on the number of Plaintiffs to be covered by the calculations, Plaintiffs provided their damages calculation for the first 30 Plaintiffs on January 14, 2022. (*See* Doc. 348.)

47250336 v1

3. Accordingly, in order to accommodate Mr. Dolive's scheduling conflict occasioned by previously-planned out-of-state travel, OTK asks that the Court grant leave for Mr. Dolive to appear at the February 25 hearing via videoconference, such as via Zoom or equivalent.

4. Counsel has conferred with Plaintiffs' counsel, and Plaintiffs have stated that they do not oppose the relief requested herein. OTK's counsel will work with Plaintiffs' counsel to coordinate any exhibits in advance of the hearing so as to avoid any complications occasioned by Mr. Dolive's appearance via videoconference.

WHEREFORE, the Defendant respectfully requests that its attorney Devin Dolive be allowed to attend the hearing via videoconference on February 25, 2022 at 1:00 p.m.

*s/ Devin C. Dolive*
Devin C. Dolive (DOLID4671)
Ronald W. Flowers, Jr. (FLOWR3635)
H. William Wasden (WASDH4276)
Attorneys for Defendant
OUTOKUMPU STAINLESS USA, LLC

OF COUNSEL:
BURR & FORMAN LLP
11 North Water St., Suite 22200
Mobile, Alabama 36602
Telephone: (251) 344-5151
Facsimile: (251) 344-9696
bwasden@burr.com

BURR & FORMAN LLP
420 North 20th St., Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100
ddolive@burr.com
rflowers@burr.com

**CERTIFICATE OF SERVICE**

   I do hereby certify that I have on the 22nd day of February, 2022, electronically filed the foregoing document using the Court's CM/ECF system, which will send electronic notice to the following:

Ian D. Rosenthal, Esq.
Holston Vaughan & Rosenthal LLC
211 South Cedar Street
Mobile, Alabama 36602
idr@holstonvaughan.com

Patrick H. Sims
SIMS LAW FIRM, LLC
P.O. Box 7112
Mobile, AL 36670
patrick@simslawfirm.com

                  s/*Devin C. Dolive*
                  OF COUNSEL