EXHIBIT A

|  | Plaintiff's Claimed Number of Workweeks (i.e., Two Times the Number of "Pay Periods" Each Plaintiff Lists) | Plaintiff's Claimed "Overtime Underpayment" Total (Weeks Over 40 Hours) | Plaintiff's Total "Overtime Underpayment" Damages Claimed After Liquidation |
|---|---|---|---|
| Adams, Rosa | 324 | $59,519.43 | $119,038.86 |
| Ainsworth, Richard L. | 324 | $57,629.11 | $115,258.22 |
| Alexander, Melinda | 326 | $65,259.25 | $130,518.50 |
| Allen, Christopher | 158 | $7,118.09 | $14,236.18 |
| Allen, Garner | 190 | $49,670.16 | $99,340.32 |
| Amundson, Joseph | 152 | $49,352.79 | $98,705.58 |
| Anderson, Kelley | 322 | $69,006.16 | $138,012.32 |
| Arnold, Jeffrey Scott | 108 | $23,176.31 | $46,352.62 |
| Averette, Brandon | 148 | $3,118.92 | $6,237.84 |
| Averette, Chase | 312 | $69,485.54 | $138,971.08 |
| Averette, Cory | 324 | $42,591.64 | $85,183.28 |
| Bailey, David Shawn | 312 | $74,202.32 | $148,404.64 |
| Baker, Jonathan | 324 | $67,559.47 | $135,118.94 |
| Banks, Johnnie | 44 | $8,943.27 | $17,886.54 |
| Barnes, Timothy | 252 | $37,971.11 | $75,942.22 |
| Barnett, Michael Blane | 66 | $11,959.40 | $23,918.80 |
| Bass, James | 172 | $57,193.22 | $114,386.44 |
| Bates, Timothy | 284 | $88,640.39 | $177,280.78 |
| Batson, Raymond | 52 | $15,285.43 | $30,570.86 |
| Beason, Jeremy | 324 | $54,326.80 | $108,653.60 |
| Beckham, LaRosa | 324 | $64,979.02 | $129,958.04 |
| Belcher, Emily | 208 | $28,994.33 | $57,988.66 |
| Bennett, Nathen | 252 | $47,398.41 | $94,796.82 |
| Betts, Clifton | 252 | $68,797.90 | $137,595.80 |
| Bishop, Austin | 50 | $10,041.66 | $20,083.32 |
| Bishop, Douglas | 324 | $86,515.46 | $173,030.92 |
| Blair, Shirley | 202 | $27,747.62 | $55,495.24 |
| Bloebaum, Christopher | 50 | $12,863.75 | $25,727.50 |
| Boyd, Amy | 324 | $74,693.24 | $149,386.48 |
| Boyd, Stephen | 158 | $41,982.23 | $83,964.46 |
| **TOTALS** | **6,662** | **$1,376,022.43** | **$2,752,044.86** |
| | | | |
| Average per Plaintiff | 222.07 | $45,867.41 | $91,734.83 |

| | Per-Plaintiff Average Claim by Workweek | $206.55 | $413.10 |
|---|---|---|---|

January 14, 2022