EXHIBIT B

| | Plaintiff's Claimed Number of Workweeks (i.e., Two Times the Number of "Pay Periods" Each Plaintiff Lists) | Plaintiff's Claimed "Min. Wage" Total (Weeks Under 40 Hours) | Plaintiff's Total "Min. Wage" Damages Claimed After Liquidation |
|---|---:|---:|---:|
| Adams, Rosa | 324 | $544.71 | $1,089.42 |
| Ainsworth, Richard L. | 324 | $381.31 | $762.62 |
| Alexander, Melinda | 326 | $615.28 | $1,230.56 |
| Allen, Christopher | 158 | $123.12 | $246.24 |
| Allen, Garner | 190 | $443.03 | $886.06 |
| Amundson, Joseph | 152 | $259.69 | $519.38 |
| Anderson, Kelley | 322 | $416.42 | $832.84 |
| Arnold, Jeffrey Scott | 108 | $162.09 | $324.18 |
| Averette, Brandon | 148 | $19.70 | $39.40 |
| Averette, Chase | 312 | $427.98 | $855.96 |
| Averette, Cory | 324 | $803.32 | $1,606.64 |
| Bailey, David Shawn | 312 | $622.70 | $1,245.40 |
| Baker, Jonathan | 324 | $738.92 | $1,477.84 |
| Banks, Johnnie | 44 | $109.60 | $219.20 |
| Barnes, Timothy | 252 | $270.51 | $541.02 |
| Barnett, Michael Blane | 66 | $72.26 | $144.52 |
| Bass, James | 172 | $451.35 | $902.70 |
| Bates, Timothy | 284 | $457.01 | $914.02 |
| Batson, Raymond | 52 | $175.48 | $350.96 |
| Beason, Jeremy | 324 | $588.62 | $1,177.24 |
| Beckham, LaRosa | 324 | $441.09 | $882.18 |
| Belcher, Emily | 208 | $226.00 | $452.00 |
| Bennett, Nathen | 252 | $399.86 | $799.72 |
| Betts, Clifton | 252 | $631.62 | $1,263.24 |
| Bishop, Austin | 50 | $188.90 | $377.80 |
| Bishop, Douglas | 324 | $707.44 | $1,414.88 |
| Blair, Shirley | 202 | $293.80 | $587.60 |
| Bloebaum, Christopher | 50 | $119.04 | $238.08 |
| Boyd, Amy | 324 | $885.49 | $1,770.98 |
| Boyd, Stephen | 158 | $327.57 | $655.14 |
| **TOTALS** | **6,662** | **$11,903.91** | **$23,807.82** |

January 14, 2022