EXHIBIT C

|  | Plaintiff's Claimed Number of Workweeks (i.e., Two Times the Number of "Pay Periods" Each Plaintiff Lists) | Plaintiff's Claimed "Regular Rate" Total (Weeks Under 40 Hours) |
|---|---|---|
| Adams, Rosa | 324 | $1,725.06 |
| Ainsworth, Richard L. | 324 | $1,296.64 |
| Alexander, Melinda | 326 | $2,218.32 |
| Allen, Christopher | 158 | $462.98 |
| Allen, Garner | 190 | $1,450.44 |
| Amundson, Joseph | 152 | $836.79 |
| Anderson, Kelley | 322 | $1,424.82 |
| Arnold, Jeffrey Scott | 108 | $543.73 |
| Averette, Brandon | 148 | $54.65 |
| Averette, Chase | 312 | $1,402.98 |
| Averette, Cory | 324 | $3,578.06 |
| Bailey, David Shawn | 312 | $2,133.08 |
| Baker, Jonathan | 324 | $2,753.85 |
| Banks, Johnnie | 44 | $308.82 |
| Barnes, Timothy | 252 | $851.52 |
| Barnett, Michael Blane | 66 | $213.56 |
| Bass, James | 172 | $1,798.52 |
| Bates, Timothy | 284 | $1,849.09 |
| Batson, Raymond | 52 | $655.53 |
| Beason, Jeremy | 324 | $2,170.08 |
| Beckham, LaRosa | 324 | $1,677.90 |
| Belcher, Emily | 208 | $712.50 |
| Bennett, Nathen | 252 | $1,369.17 |
| Betts, Clifton | 252 | $2,326.31 |
| Bishop, Austin | 50 | $521.24 |
| Bishop, Douglas | 324 | $3,126.97 |
| Blair, Shirley | 202 | $902.74 |
| Bloebaum, Christopher | 50 | $434.89 |
| Boyd, Amy | 324 | $3,937.52 |
| Boyd, Stephen | 158 | $1,220.59 |
| **TOTALS** | **6,662** | **$43,958.35** |
| Average per Plaintiff | 222.07 | $1,465.28 |

January 14, 2022