IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM HEATH HORNADY, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 1:18-00317-JB-N |
| **OUTOKUMPU STAINLESS USA,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

The Court has reviewed Defendant Outokumpu Stainless USA, LLC's ("OTK") Responses and Objections to Plaintiffs' Damage Calculations for the First 30 Plaintiffs (Doc. 354). Based on this review, the Court *sua sponte* resets the hearing currently set for February 25 to March 4, 2022, at 1:00 pm. Plaintiff shall file with the Court by February 25 the Damage Calculations for the First 30 Plaintiffs it previously served on Defendant OTK. In addition to their Damage Calculations for the First 30 Plaintiffs, Plaintiffs shall file with the Court an overview explaining how these calculations were computed. The Court will be better served by having reviewed both submissions prior to the hearing on March 4.

**DONE and ORDERED** this 23rd day of February, 2022.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE