IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| WILLIAM HEATH HORNADY, CHRISTOPHER MILLER and TAKENDRIC STEWART, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OUTOKUMPU STAINLESS USA, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO.: 18-cv- 317-JB-N<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF CONSENT TO PARTICIPATE
## (BRIAN SMITH)

COME NOW the Plaintiffs and inform the Court that the consent to participate filed on behalf of Brian Smith is withdrawn. Although Mr. Smith was identified by Defendant as having been employed since July, 2015, the Defendant subsequently provided information reflecting that Mr. Smith did not perform work during the relevant time period.

Respectfully submitted,

**HOLSTON, VAUGHAN & ROSENTHAL, LLC.**

By: /s/ Ian D. Rosenthal
Ian D. Rosenthal – ROSEI6905
Attorney for Plaintiffs
P.O. Box 195
Mobile, AL 36601
(251) 432-8883 (office)
(251) 432-8884 (fax)
E-Mail: idr@holstonvaughan.com

**SIMS LAW FIRM, LLC.**

Patrick H. Sims – SIMSP8145
Attorney for Plaintiffs
P.O. Box 7112
Mobile, AL 36670
(251) 490-9424
E-Mail: patrick@simslawfirm.net

**CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 7th day of March, 2022, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**William H. Wasden, Esq**.
Burr & Forman, LLP
11 North Water Street – Suite 22200
Mobile, Alabama 36602
E-Mail: bwasden@burr.com

**Devin C. Dolive, Esq.**
Burr & Forman, LLP
420 North 20th Street – Suite 3400
Birmingham, Alabama 32503
E-Mail:  ddolive@burr.com

**Ronald W. Flowers, Jr., Esq.**
Burr & Forman, LLP
420 North 20th Street – Suite 3400
Birmingham, Alabama 32503
E-Mail:  rflowers@burr.com


/s/ Ian Rosenthal
OF COUNSEL