**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **WILLIAM HEATH HORNADY,** | ) | |
| **CHRISTOPHER MILLER, and** | ) | |
| **TAKENDRIC STEWART, etc.,** | ) | |
| | ) | |
| Plaintiffs, | ) | CASE NO.: 18-cv- 317-JB-N |
| | ) | |
| -vs- | ) | |
| | ) | |
| | ) | |
| **OUTOKUMPU STAINLESS USA, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

<u>Exhibits to Joint Submission Regarding Damages and Notice of Conventional Filing</u>

**This submission is filed by counsel for Defendant with the consent of counsel for Plaintiffs.**

      Please take notice that the parties William Heath Hornady, et. al and Outokumpu Stainless USA, LLC will conventionally file the following Exhibits 1, 1.1, 1.2, 7, 8, and 9. Exhibits 1, 1.1, 1.2, 7, 8, and 9 are Excel files that can be more effectively considered by the Court in that format. Conventional filing was recommended by the Clerk's office but, as shown below, the PDFs will also be electronically filed. These Exhibits are filed in connection with a joint submission and the parties have the same conventional format exhibits.

      The exhibits to the Joint Submission Regarding Damages are:

Ex. 1         Summary of Calculations of damages by Plaintiffs. A PDF is filed electronically.

                **Both the PDF and the Excel spreadsheet itself shall be manually filed with the Court on a portable thumb drive.**

Ex. 1.1       The portion of the Ex. 1 specific to FLSA claims.  A PDF is filed electronically. **Both the PDF and the Excel spreadsheet itself shall be manually filed with the Court on a portable thumb drive.**

Ex. 1.2       The portion of Ex. 1 specific to common law claims.  A PDF is filed electronically. **Both the PDF and the Excel spreadsheet itself shall be manually filed with the Court on a portable thumb drive.**

Ex. 2.1       Exemplar individual report of overtime and common law damages calculations within the applicable FLSA statute of limitations period.

Ex. 2.2       Exemplar individual report of common law damages calculations pre-dating applicable FLSA limitations period.

Ex. 3         Jeff Mroz letter, May 17, 2022.

Ex. 4         Exemplar Acknowledgment form.

Ex. 5         RESERVED.

Ex. 6         Exemplar individual calculation for amounts summarized in Ex. 7.

Ex. 7         Defendant's calculations showing proposed application of spring 2022 payment to damages calculated by Plaintiffs shown on Ex. 1.  A PDF is filed electronically. **Both the PDF and the Excel spreadsheet itself shall be manually filed with the Court on a portable thumb drive.**

Ex. 8         Summary of calculations of damages prepared by Plaintiffs if equitable tolling were not denied.   A PDF is filed electronically. **Both the PDF and the Excel spreadsheet itself shall be manually filed with the Court on a portable thumb drive.**

Ex. 9          Summary of calculations of damages prepared by Defendant showing what

damages would be if only Plaintiffs' FLSA "rounding" overtime claim (Third

Amended Complaint ¶ 37) were considered.  A PDF is filed electronically. **Both

the PDF and the Excel spreadsheet itself shall be manually filed with the Court

on a portable thumb drive.**

Respectfully submitted,

*s/ Ian D. Rosenthal* (by DCD)
Ian D. Rosenthal (ROSEI6905)

One of the attorneys for Plaintiffs

**OF COUNSEL:**

HOLSTON, VAUGHN & ROSENTHAL, LLC
P.O. Box 195
Mobile, AL 36601
(251) 432-8883
idr@holstonvaughan.com

Patrick H. Sims (SIMSP8145)
SIMS LAW FIRM, LLC
P.O. Box 7112
Mobile, AL 36670
(251) 490-2424
patrick@simslawfirm.net

**McDOWELL KNIGHT ROEDDER
  & SLEDGE, LLC**

Frederick G. Helmsing, Jr., Esq. HELMF3021
11 North Water Street, Suite 13290
Mobile, Alabama 36602
(251) 432-5300 (office)
(251) 432-5303 (fac)
E-Mail:  fhelmsing@mcdowellknight.com

3

*s/ Devin C. Dolive*
Devin C. Dolive (DOLID4671)
Ronald W. Flowers, Jr. (FLOWR3635)
H. William Wasden (WASDH4276)
Cheri Turnage Gatlin (Appearing *Pro Hac Vice*)

Attorneys for Defendant
OUTOKUMPU STAINLESS USA, LLC

**OF COUNSEL:**

BURR & FORMAN LLP
11 North Water St., Suite 22200
Mobile, AL 36602
Telephone:  (251) 344-5151
Facsimile:  (251) 344-9696
bwasden@burr.com

BURR & FORMAN LLP
420 North 20th St., Suite 3400
Birmingham, Alabama 35203
Telephone:  205-251-3000
Facsimile:  205-458-5100
ddolive@burr.com
rflowers@burr.com

BURR & FORMAN LLP
190 East Capitol Street, Suite M-100
Jackson, Mississippi 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cgatlin@burr.com

4

48929113 v1