# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM HEATH HORNADY, ET AL. | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO.: 18-cv- 317-JB-N |
| OUTOKUMPU STAINLESS USA, LLC, | ) |
| Defendant. | ) |

## OUTOKUMPU'S NOTICE OF APPEAL

Defendant Outokumpu Stainless USA, LLC, hereby gives notice that it appeals to the United States Court of Appeals for the Eleventh Circuit from the Final Default Judgment entered on October 4, 2022, (Doc. 410), which, among other things, ordered that a default judgment be entered in favor of Plaintiffs in the amount of $13,171,958.56, together with all interlocutory orders and rulings that produced the Final Default Judgment, including, but not limited to: (1) the Court's November 18, 2021 order, (Doc. 344), which, among other things, adopted the Magistrate Judge's recommendation, granted the Plaintiffs' Renewed Motion for Sanctions, and directed the Clerk to "strike Defendant's Answer"; (2) the Court's February 17, 2022 Order (Doc. 355), which, among other things, found that the Third Amended Complaint's allegations stated actionable claims under the Fair Labor Standards Act and common law; (3) the Court's March 8, 2022 Order (Doc. 366), which, among other things, overruled the Defendant's objections to Plaintiffs' damage calculations; and (4) the Court's October 4, 2022 order, (Doc. 409), which, among other things, denied Defendant's motion to reconsider the default judgment rendered against it. The United States Court of Appeals has jurisdiction over this matter under 28 U.S.C. § 1291.

49311820 v1

Respectfully submitted,

*s/Cheri Turnage Gatlin*
Cheri Turnage Gatlin (Appearing *Pro Hac Vice*)
Devin C. Dolive (DOLID4671)
Ronald W. Flowers, Jr. (FLOWR3635)
H. William Wasden (WASDH4276)

Attorneys for Defendant
OUTOKUMPU STAINLESS USA, LLC

**OF COUNSEL**:

BURR & FORMAN LLP
190 East Capitol Street, Suite M-100
Jackson, Mississippi 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cgatlin@burr.com

BURR & FORMAN LLP
11 North Water St., Suite 22200
Mobile, AL 36602
Telephone:  (251) 344-5151
Facsimile:  (251) 344-9696
bwasden@burr.com

BURR & FORMAN LLP
420 North 20th St., Suite 3400
Birmingham, Alabama 35203
Telephone:  205-251-3000
Facsimile:  205-458-5100
ddolive@burr.com
rflowers@burr.com

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have on October 28, 2022, electronically filed the foregoing document using the Court's CM/ECF system, which will send electronic notice to the following:

Ian D. Rosenthal, Esq.
Holston Vaughan & Rosenthal LLC
211 South Cedar Street
Mobile, Alabama 36602
idr@holstonvaughan.com

Patrick H. Sims, Esq.
P. O. Box 2906
Mobile, Alabama 36652
patrick@simslawfirm.net

Frederick G. Helmsing, Jr., Esq.
McDowell Knight Roedder & Sledge, LLC
11 North Water Street, Suite 13290
Mobile, Alabama 36602
fhelmsing@mcdowellknight.com

                                                     *s/ Cheri Turnage Gatlin*
                                                     OF COUNSEL