IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM HEATH HORNADY, ET AL. | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO.: 18-cv- 317-JB-N |
| OUTOKUMPU STAINLESS USA, LLC, | ) |
| Defendant. | ) |

## MOTION TO APPROVE SUPERSEDEAS BOND

Under Federal Rule of Civil Procedure 62(d), Defendant Outokumpu Stainless USA, LLC, moves this Court to approve the Supersedeas Bond, necessary to stay execution on the judgment pending appeal. In its Order dated October 4, 2022, (Doc. 410), the Court entered a default judgment in favor of Plaintiffs in the amount of $13,171,958.56. Under local rules: "A supersedeas bond, where the judgment is for a sum of money only, must be in the amount of the judgment plus fifteen percent (15%) to cover interest and such damages for delay as may be awarded, as well as an additional $500.00 to cover costs." S.D. Ala. R. 62(a). Attached is a Supersedeas Bond in the amount of $15,148,252.35—the amount of the judgment plus 15% plus an additional $500.00—issued by Euler Hermes North America Insurance Company (SURETY on Bond No. US3001499). Outokumpu has contemporaneously filed a Notice of Appeal.

WHEREFORE, based on the foregoing, Outokumpu moves the Court to approve the attached Supersedeas Bond and stay all proceedings to enforce the judgment in this case pending the completion of the appeal.

49312179 v1

Respectfully submitted,

*s/ Cheri Turnage Gatlin*
Cheri Turnage Gatlin (Appearing *Pro Hac Vice*)
Devin C. Dolive (DOLID4671)
Ronald W. Flowers, Jr. (FLOWR3635)
H. William Wasden (WASDH4276)

Attorneys for Defendant
OUTOKUMPU STAINLESS USA, LLC

**OF COUNSEL:**

BURR & FORMAN LLP
190 East Capitol Street, Suite M-100
Jackson, Mississippi 39201
Telephone: (601) 355-3434
Facsimile: (601) 355-5150
cgatlin@burr.com

BURR & FORMAN LLP
11 North Water St., Suite 22200
Mobile, AL 36602
Telephone: (251) 344-5151
Facsimile: (251) 344-9696
bwasden@burr.com

BURR & FORMAN LLP
420 North 20th St., Suite 3400
Birmingham, Alabama 35203
Telephone: 205-251-3000
Facsimile: 205-458-5100
ddolive@burr.com
rflowers@burr.com

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have on October 28, 2022, electronically filed the foregoing document using the Court's CM/ECF system, which will send electronic notice to the following:

Ian D. Rosenthal, Esq.
Holston Vaughan & Rosenthal LLC
211 South Cedar Street
Mobile, Alabama 36602
idr@holstonvaughan.com

Patrick H. Sims, Esq.
P. O. Box 2906
Mobile, Alabama 36652
patrick@simslawfirm.net

Frederick G. Helmsing, Jr., Esq.
McDowell Knight Roedder & Sledge, LLC
11 North Water Street, Suite 13290
Mobile, Alabama 36602
fhelmsing@mcdowellknight.com

 

                                                        *s/ Cheri Turnage Gatlin*
                                                        OF COUNSEL

# Euler Hermes North America Insurance Company

THE UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF ALABAMA

WILLIAM HEATH HORNADY, et al.,
Plaintiffs,
v.
OUTOKUMPU STAINLESS USA,
Defendant.

Case No. 1:18-00317-JB-N

UNDERTAKING FOR APPEAL

WHEREAS, the named  Outokumpu Stainless USA, LLC  desire(s) to give undertaking for  challenge to and appeal of judgment entered October 4th, 2022  as provided by Rule 62 of the Federal Rules of Civil Procedure.

NOW, THEREFORE, the principal and the undersigned surety, does hereby obligate itself, jointly and severally to William Heath Hornady, et al. ---------------------------------------------------------------------------------------------------------

under said statutory obligations in the sum of  Fifteen Million, One Hundred Forty-Eight Thousand, Two Hundred Fifty-Two and 35/100-------------------------------------- Dollars ($ 15,148,252.35 ). Notwithstanding, the Surety's total liability under this bond shall in no event exceed the maximum aggregate penal sum of $15,148,252.35

IT IS FURTHER AGREED by the Surety, that in case of default or contumacy on the part of the Principal, the Court may, upon notice to it of not less than ten days, proceed summarily and render judgment against it in accordance with their obligation and award execution thereon.

Signed, sealed and dated this  25th  day of  October , 2022 .

BOND NO. US3001499

PREMIUM: $90,890.00

Euler Hermes North America Insurance Company

BY: _____
Daniel Huckabay,                           Attorney-in-fact

Euler Hermes North America Insurance Company
800 Red Brook Boulevard
Owings Mills, MD 21117

## ACKNOWLEDGMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of ___Orange_____)

On ____10/25/2022_____ before me, __Melissa Ann Vaccaro, Notary Public_____
(insert name and title of the officer)

personally appeared _____Daniel Huckabay_____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____[signature]_____  (Seal)
Melissa Ann Vaccaro

MELISSA ANN VACCARO
COMM. #2401942
Notary Public-California
ORANGE COUNTY
My Comm. Expires May 12, 2026



Bond No. US3001499

**Allianz Trade**

25900

# EULER HERMES NORTH AMERICA INSURANCE COMPANY
800 Red Brook Boulevard * Owings Mills, Maryland 21117

The number of persons authorized by this Power of Attorney is not more than: **11**

## POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS: That EULER HERMES NORTH AMERICA INSURANCE COMPANY (EULER HERMES), a corporation organized and existing under the laws of the state of Maryland, does hereby nominate, constitute, and appoint the person or persons named below, each individually if more than one is named, its true and lawful attorney-in-fact, for and in its name, place, and stead to execute on behalf of EULER HERMES, as surety, any and all bonds, undertakings, and contracts of suretyship, or other written obligations in the nature thereof; provided that the liability of EULER HERMES on any such bond, undertaking, or contract of suretyship executed under this authority shall not exceed the limit stated below.

| NAME | ADDRESS | LIMIT OF POWER |
|---|---|---|
| Daniel Huckabay, Arturo Ayala, Dwight Reilly<br>Shaunna Rozelle Ostrom, Frank Morones,<br>Ben Stong, Michael D. Stong, R. Nappi<br>Benjamin Wolfe, Chelsea Arnold, Adrian Langrell | 1411 N.Batavia Street<br>Suite 201<br>Orange, CA 92867 | Unlimited |

This Power of Attorney revokes all previous powers issued on behalf of the attorney(s)-in-fact named above.

IN WITNESS WHEREOF, EULER HERMES has caused these presents to be signed and attested by its appropriate officers and its corporate seal hereunder affixed this **1st** day of **February**, 20**22**.

_____
James Daly, President and CEO-The Americas

_____
Nicholas P. Verna II, Senior Vice President and Regional Head of Surety and Guarantee, Americas

State of Maryland, County of Baltimore

On this **1st** day of **February**, 20**22**, before me personally appeared Nicholas P. Verna II, to me known, being duly sworn, deposes and says that he resides in **Southeastern, PA**; that he is Senior Vice President and Regional Head of Surety and Guarantee, Americas of Euler Hermes North America Insurance Company, the Company described herein and which executed the above instrument; that he know the seal of EULER HERMES; that the seal affixed to said instrument is such corporate seal; that it was so affixed by authority of the Board of Directors of EULER HERMES; and that he signed his name thereto by like authority.

_____
Notary Public

Notarial Seal

This Commission Expires April 4, 2023

This Power of Attorney is granted by authority of the following resolutions adopted by the Board of Directors of EULER HERMES NORTH AMERICA INSURANCE COMPANY (Company) by unanimous consent on October 1, 2015.

RESOLVED: That the President, Executive Vice President, Senior Vice President, Vice President, Secretary, and Assistant Vice Secretary, be and hereby are authorized from time to time to appoint one or more Attorneys-in-Fact to execute on behalf of the company, as surety, and any and all bonds, undertakings and contracts of suretyship, or other written obligation in the nature thereof; to proscribe their respective duties and all respective limits of their authority; and to revoke any such appointment at any time.

RESOLVED FURTHER: That the Company seal and signature of the aforesaid officers and may be affixed by facsimile to any Power of Attorney given for the execution of any bond, undertaking, contract of suretyship, or other written obligations in the nature thereof, such signature and seal when so used being hereby adopted by the Company as the original signature of such officer and the original seal of the Company, to be valid and binding upon the Company with the same force and effect as thought manually affixed.

## CERTIFICATION

I, Nicholas P. Verna II, Senior Vice President and Regional Head of Surety & Guarantee, Americas of EULER HERMES NORTH AMERICA INSURANCE COMPANY, do hereby certify that the foregoing Power of Attorney and the Resolutions of the Board of Directors of October 1, 2015, have not been revoked and are now in full force and effect.

Signed and sealed this **25th** day of **October**, 20**22**.

_____
Nicholas P. Verna II, Senior Vice President and Regional Head of Surety and Guarantee, Americas

Euler Hermes North America Insurance Company and its affiliated debt collection company are part of the Allianz group and market their products and services using the 'Allianz Trade' trademark.