**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**

| | | |
|---|---|---|
| **WILLIAM HEATH HORNADY**, et. al, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| VS. | ) | CASE NO.: 18-cv-317-JB-N |
| | ) | |
| | ) | |
| **OUTOKUMPU STAINLESS USA, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFFS' STATEMENT OF NO OBJECTION TO MOTION TO APPROVE**
**SUPERSEDEAS BOND**

By Order dated October 31, 2022 the Court stated that any objection to Defendant's motion to approve supersedeas bond should be filed by November 4, 2022.  Plaintiffs do not object.

Respectfully submitted,

**HOLSTON, VAUGHAN & ROSENTHAL, LLC.**

By: /s/ Ian D. Rosenthal
Ian D. Rosenthal – ROSEI6905
Attorney for Plaintiffs
P.O. Box 195
Mobile, AL 36601
(251) 432-8883 (office)
(251) 432-8884 (fax)
Email:  idr@holstonvaughan.com

**SIMS LAW FIRM, LLC.**

Patrick H. Sims – SIMSP8145
Attorney for Plaintiffs
P.O. Box 7112
Mobile, AL 36670
(251) 490-9424
Email: patrick@simslawfirm.net

**McDOWELL KNIGHT ROEDDER**

**& SLEDGE, LLC**

**Frederick G. Helmsing, Jr., Esq. (HEL014)**
11 North Water Street, Suite 13290
Mobile, Alabama 36602
(251) 432-5300 (office)
(251) 432-5303 (fac)
E-Mail:  fhelmsing@mcdowellknight.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have on this the 1st day of November, 2022, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**William H. Wasden, Esq**.
Burr & Forman, LLP
11 North Water Street – Suite 22200
Mobile, Alabama 36602
E-Mail: bwasden@burr.com

**Devin C. Dolive, Esq.**
Burr & Forman, LLP
420 North 20th Street – Suite 3400
Birmingham, Alabama 32503
E-Mail:  ddolive@burr.com

**Ronald W. Flowers, Jr., Esq.**
Burr & Forman, LLP
420 North 20th Street – Suite 3400
Birmingham, Alabama 32503
E-Mail:  rflowers@burr.com

**Cheri Turnage Gatlin, Esq.**
Burr & Forman, LLP
190 East Capitol Street, Ste M-100
Jackson, MS 39201
E-Mail: cgatlin@burr.com

/s/ Ian Rosenthal
OF COUNSEL

2