# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM HEATH HORNADY, CHRISTOPHER MILLER, TAKENDRIC STEWART, and COLIN HARTERY** Individually and on behalf of all others similarly situates who have opted to participate in this action, <br><br> Plaintiff, <br><br> vs. <br><br> **OUTOKUMPU STAINLESS USA, LLC**, <br><br> Defendant. | CASE NO.: 18-cv-317-JB-N |

## PLAINTIFFS' NOTICE OF CROSS-APPEAL

Come now the Plaintiffs, William Heath Hornady et al, by and through their counsel, and hereby give notice, pursuant to Rule 4(a)(3) of the Federal Rules of Appellate Procedure, of their cross-appeal to the United States Court of Appeals for the Eleventh Circuit. On October 28, 2022, Defendant Outokumpu Stainless USA, LLC ("OTK") filed its Notice of Appeal (Doc. 413). Plaintiffs hereby appeal the District Court's final judgment (Doc. 410) because it failed to award certain damages to certain members of the Collective due to the District Court's substantive application of statutes of limitations and / or its refusal to apply the doctrine of equitable tolling notwithstanding that Defendant's statute of limitations defense was struck, and then all Affirmative Defenses struck. In particular, Plaintiffs appeal the District Court's earlier related rulings (Docs. 276, 281 and 366 sustaining Objection 4) resulting in a judgment which erroneously excluded those damages. The United States Court of Appeals has jurisdiction over this matter pursuant to 28 U.S.C § 1291.

Respectfully submitted,

*/s/ Frederick G. Helmsing, Jr.*
**McDOWELL KNIGHT ROEDDER & SLEDGE, LLC**
Frederick G. Helmsing, Jr., Esq. (HELMF3421)
11 North Water Street, Suite 13290
Mobile, Alabama 36602
(251) 432-5300 (office)
(251) 432-5303 (fac)
fhelmsing@mcdowellknight.com

**HOLSTON, VAUGHAN & ROSENTHAL, LLC.**

Ian D. Rosenthal – ROSEI6905
P.O. Box 195
Mobile, AL 36601
(251) 432-8883 (office)
(251) 432-8884 (fax)
Email: idr@holstonvaughan.com

**SIMS LAW FIRM, LLC.**

Patrick H. Sims – SIMSP8145
Attorney for Plaintiffs
P.O. Box 7112
Mobile, AL 36670
(251) 490-9424
Email: patrick@simslawfirm.net

Attorneys for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that on November 7th, 2022 the foregoing document was electronically filed with the Clerk of this Court using the CM/ECF system which will send notification of such filing to the following:

**William H. Wasden, Esq**.
Burr & Foreman, LLP

11 North Water Street – Suite 22200
Mobile, Alabama 36602
bwasden@burr.com

**Devin C. Dolive, Esq.**
Burr & Forman, LLP
420 North 20th Street – Suite 3400
Birmingham, Alabama 32503
ddolive@burr.com

**Ronald W. Flowers, Jr., Esq.**
Burr & Forman, LLP
420 North 20th Street – Suite 3400
Birmingham, Alabama 32503
rflowers@burr.com

**Cheri Turnage Gatlin, Esq.**
Burr & Forman, LLP
190 East Capitol Street, Ste M – 100
Jackson, MS 39201
cgatlin@burr.com

*/s/ Frederick G. Helmsing, Jr.*
COUNSEL