# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM HEATH HORNADY, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 1:18-00317-JB-N |
| **OUTOKUMPU STAINLESS USA,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

This matter is before the Court on Chad Lee's Motion for Leave to Intervene as a Plaintiff. (Doc. 448). The Court conducted a hearing on March 5, 2025, at which counsel for Plaintiffs and Defendant appeared and argued. Upon due consideration of the filings and the oral arguments of the parties, and for the reasons stated on the record at the hearing, Chad Lee's Motion for Leave to Intervene as a Plaintiff (Doc. 448) is GRANTED.

**DONE and ORDERED** this 6th day of March, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE