IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| WILLIAM HEATH HORNADY, et. al, ) <br> ) <br> Plaintiffs, ) <br> ) <br> VS. ) <br> ) <br> ) <br> OUTOKUMPU STAINLESS USA, LLC, ) <br> ) <br> Defendant. ) <br> ) <br> ) | CASE NO.: 18-cv-317-JB-N |

### Plaintiffs' Supplement to Oral Motion for Rule 54(b) Order

This submission follows Plaintiffs' oral motion in open court of March 5, 2025. It more precisely identifies the specific claimants' and their claims for which there is no just cause for delay as to the judgment already affirmed. This covers the vast majority of the amounts set out in the judgment was entered October 4, 2022 (Doc. 410). These amounts and the related claims are those which will not be altered by any future rulings of the Court with regard to the FLSA statute of limitations. Those claims which are:

1. All the claims for overtime wages under the FLSA quantified as described in paragraph 1 of the October 4, 2022 judgment.

2. All the claims for liquidated damages under the FLSA quantified also described in paragraph 1 of the October 4, 2022 judgment.

3. Some of the claims for common law damages reflected in paragraph 2 of the October 4, 2022 judgment, specifically:

    (a) for unpaid wages after the start date for damages awarded under the FLSA to each Plaintiff (all weeks), and

       (b) for unpaid wages before the start date for damages awarded under the FLSA for earlier weeks that Plaintiffs did not work more than 40 hours.

**But not:** common law damages for unpaid wages for (a) weeks that Plaintiffs worked more than 40 hours that (b) were also before the start date for damages awarded under the FLSA to each Plaintiff. Those are the common law damages that would be eliminated if FLSA damages are eventually awarded for the same weeks because of the FLSA pre-emption provisions. If there is not an additional FLSA damages award, then those additional amounts for common law damages identified in the October 4, 2022 judgment would be awarded.

    **Attachment A** identifies the Plaintiffs whose claims are **not affected** by the limitations issue that is to be explained / reconsidered. The amounts are those in the October 4, 2022 judgment (the order of the columns is shuffled so that the ultimate amounts are shown first). For these Plaintiffs the entirety of the amounts they can recover (other than interest) has been resolved and there is no just reason for delay.

    **Attachment B** identifies those who **are affected** by the limitations issue but sets out the amounts attributable to their claims for time periods that are **not** affected by the limitations issue. The first green column shows the FLSA awards (or $0.00 FLSA amounts) from the October 4, 2022 judgment including liquidated damages. The other columns (in white) break those amounts down. The second green column shows the reduced common law amounts those Plaintiffs will receive if the SOL does not limit the FLSA damages they seek (previously identified in the alternate calculations that were submitted with Doc. 407). Those amounts are the least the Plaintiffs could be awarded for common law damages. Put differently, those amounts correspond to 3(a) and 3(b) above.

Plaintiffs hope this submission makes the Court's consideration of this issue easier by setting out exactly which Plaintiffs' and which Plaintiffs' claims should be designated under Rule 54(b).

Respectfully submitted,

/s/Ian Rosenthal

Ian D. Rosenthal – ROSEI6905
Patrick H. Sims – SIMSP8145
Frederick G. Helmsing, Jr., Esq. HELMF3421

**Attorneys for Plaintiffs**

DAVIS, DAVIS AND ASSOCIATES, P.C.
Ian D. Rosenthal
27180 Pollard Road
Daphne, AL 36526
Telephone: (251) 621-1555
Email: ian@ddalawfirm.com

SIMS LAW FIRM, LLC.
Patrick H. Sims
Post Office Box 7112
Mobile, AL 36670
(251) 490-9424
Email: patrick@simslawfirm.net

JONES WALKER, LLP
Frederick G. Helmsing, Jr., Esq.
11 North Water Street, Suite 1200
Mobile, Alabama 36602 (251) 432-1414 (office) (251) 439-7356 (fax)
E-Mail: fhelmsing@joneswalker.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 7th day of March, 2025 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**William H. Wasden, Esq.**
Burr & Forman, LLP
11 North Water Street – Suite 22200
Mobile, Alabama 36602
E-Mail: bwasden@burr.com

**Devin C. Dolive, Esq.**
Burr & Forman, LLP
420 North 20th Street – Suite 3400
Birmingham, Alabama 32503
E-Mail: ddolive@burr.com

**Ronald W. Flowers, Jr., Esq.**
Burr & Forman, LLP
420 North 20th Street – Suite 3400
Birmingham, Alabama 32503
E-Mail: rflowers@burr.com

**Cheri Turnage Gatlin, Esq.**
Burr & Forman, LLP
190 East Capitol Street, Ste M-100
Jackson, MS 39201
E-Mail: cgatlin@burr.com

/s/ Ian Rosenthal
OF COUNSEL

4