# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM HEATH HORNADY, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 1:18-cv-00317-JB-N |
| | ) |
| OUTOKUMPU STAINLESS USA, LLC | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S STATUS REPORT

Defendant Outokumpu Stainless USA, LLC ("OTK") hereby files this Status Report, as requested by the Court, and states as follows:

1. On November 11, 2024, Chad Lee filed his Motion for Leave to Intervene As a Plaintiff (Doc. 448). His Motion represented that the Excel spreadsheet OTK's previous counsel provided to Plaintiffs' counsel on June 26, 2019, listing the 1,342 names and contact information it provided to its third-party administrator, did not include Mr. Lee's name and information.

2. On November 25, 2024, OTK filed its Response to Mr. Lee's Motion to Intervene as Plaintiff (Doc. 449). In this Response, OTK agreed that Mr. Lee's name and information did not appear on the list of the 1,342 names that OTK had provided to the third-party administrator in the summer of 2019. This Response further stated that OTK disagreed with Mr. Lee's characterization of how his name was left off the list, and any omission was due to innocent oversight. (*See* Doc. 449-1, PageID 8221.) At that time, OTK had not completed its investigation into how the list of 1,342 names was compiled and how Mr. Lee's name may have been omitted..

3. On March 5, 2025, the Court held a status conference (Doc. 453). At the status conference, the Court requested that, within 30 days, OTK provide a Status Report setting out its

60637379 v1

findings as to how Mr. Lee's name did not appear on the June 2019 list and if any other individuals should have been included in the list.

4. OTK engaged Dr. Carole Amidon-Johansson, Ph.D., a labor economist, to analyze the June 2019 list of 1,342 names provided to the third-party administrator and to compare this list with other available data in order to determine (1) whether OTK had employed any other individuals in hourly-paid, manufacturing positions in Calvert between July 30, 2015 and June 26, 2019 who were not on list of 1,342 names, and (2) how Mr. Lee and these individuals, if any, might have been omitted from the June 2019 list.

5. Dr. Amidon-Johansson has identified 70 individuals (including Chad Lee and *Hornady* Plaintiff Andrew Godwin, who was discussed at Melissa Pledger's March 2020 deposition, *see* Doc. 448-4, PageID 8200) whom OTK had employed in hourly-paid, manufacturing positions in Calvert between July 30, 2015 and June 26, 2019 but who were not on the June 2019 list of 1,342 names. The names of these 70 individuals are listed in "**Exhibit 1**," attached hereto.

6. In terms of how these 70 individuals might have been omitted from the June 2019 list of 1,342 names, four of the individuals (Durrell Alexander, Zachary Daugherty, Charles Harrison, and James Singleton) were all hired on June 3, 2019 and thus were hired too late to show up in the data OTK pulled as a result of the Court's May 30, 2019 Order (Doc. 93) in order to compile its list.

7. Another 65 of these individuals—including Chad Lee and Andrew Godwin—were all current OTK salaried employees as of June 2019, but these 65 individuals had previously worked in hourly-paid positions at sometime between July 30, 2015, and the date of the Court's May 30, 2019 Order (Doc. 93).

60637379 v1

8.      The June 13, 2019, list of 1,342 individuals had, however, included the names of 13 individuals (Daniel Clark, Zachary Comstock, Ellen Erwin Steven Jones, Michael Kimbrough, Reginald McMillan, Matthew Nations, Richard O'Rourke, Victor Oliver, Jeffrey Robinson, Arthur Rowland III, Jody Thornton, and Jami Weaver) who had transitioned from hourly-paid to salaried positions between July 30, 2015 and the date of the Court's May 30, 2019 Order (Doc. 93), so unfortunately, it would not have been immediately obvious in June 2019 that OTK's list to the third-party administrator had omitted the names of formerly hourly-paid employees who had become salaried. From examining the June 2019 list provided to Plaintiffs' counsel at the time, you can see the "Exempt" status of these 13 individuals listed in Column "K" of the Excel spreadsheet, under the Column heading "Name of employee grp."  This listing of "Exempt" status is consistent with Melissa Pledger's March 2020 deposition testimony regarding the "audit" she ran "to make sure the exempt team members who were non-exempt were on there." (*See* Doc. 448-4, PageID 8202.)

9.      In comparing the 13 hourly-to-salaried employees included on the June 2019 list with the 65 hourly-to-salaried employees Dr. Amidon-Johansson identified as omitted from the June 2019 list, the difference appears to be that the 13 hourly-to-salaried employees included on the June 2019 list had all terminated their employment with OTK on or before May 30, 2019. This can be seen by the notation "Withdrawn" in Column "L" of the Excel spreadsheet, under the Column heading "Employment Status." (*See* Doc. 448-4, PageID 8199-8200.) In contrast, the 65 hourly-to-salaried employees omitted from the June 2019 list all appear to have been "Active" employees who were "Exempt" (i.e., salaried) as of May 30, 2019.

10.     In sum, the list of 70 names attached as "Exhibit 1" contains the names of 65 employees who transitioned from hourly-to-salaried positions between July 30, 2015 and May 30,

60637379 v1

2019, and the names of four employees hired after May 30, 2019. To the best of undersigned counsel's understanding, this appears to explain how 69 individuals were omitted from the June 2019 list. To get to the total of 70 names shown on "Exhibit 1," there is one more individual (Constance Knight) shown as omitted from the June 2019 list of 1,342 names. As of this time, Dr. Amidon-Johansson and undersigned counsel were not able to form an opinion of how Ms. Knight's name might have been omitted.

11. On a final note, in the interest of completeness, in addition to the 70 individuals listed on "Exhibit 1," Dr. Amidon-Johansson, in her analysis, identified an additional 17 individuals, not included on the June 2019 list of 1,342 individuals, who were listed as "Co-Op" or "Summer Interns." It was OTK's understanding that the Court's May 30, 2019 Order (Doc. 93) was not intended to reach students working at OTK on "Co-Op" or as "Summer Interns," and OTK represents that, as a matter of policy, neither "Co-Op" nor "Summer Interns" were assigned to work overtime.

12. OTK requests a status conference with the Court, to the extent the Court may have questions after reading this Status Report.

Respectfully submitted this 4th day of April, 2025.

*/s/ Cheri Turnage Gatlin*
Cheri Turnage Gatlin (GATC5673)
Devin C. Dolive (DOLID4671)
Ronald W. Flowers, Jr. (FLOWR3635)
H. William Wasden (WASDH4276)
Natalie A. Cosmich (admitted *pro hac vice*)

Attorneys for Defendant
Outokumpu Stainless USA, LLC

**OF COUNSEL**:

4

Burr & Forman LLP

Mr. Dolive and Mr. Flowers:
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone:     (205) 251-3000
Facsimile:      (205) 458-5100
ddolive@burr.com
rflowers@burr.com

Mr. Wasden:
11 North Water Street, Suite 22200
Mobile, Alabama 36602
Telephone:     (251) 344-5151
Facsimile:      (251) 344-9696
bwasden@burr.com

Ms. Gatlin and Ms. Cosmich:
190 East Capitol Street, Suite M-100
Jackson, Mississippi 39211
Telephone:  601-355-3434
Facsimile:  601-355-5150
cgatlin@burr.com
ncosmich@burr.com

5

60637379 v1

## CERTIFICATE OF SERVICE

   I do hereby certify that I have, on April 4, 2025, electronically filed the foregoing document using the Court's CM/ECF system, which will send electronic notice to the following:

Ian D. Rosenthal
Davis, Davis & Associates
P.O. Box. 2925
Daphne, AL 36526
ian@ddalawfirm.com

Patrick H. Sims
Sims Law Firm
P.O. Box 7112
Mobile, AL 36670
patrick@simslawfirm.net

Frederick G. Helmsing, Jr.
Jones Walker LLP
11 North Water Street, Suite 1200
Mobile, Alabama 36602
fhelmsing@joneswalker.com

                */s/ Cheri Turnage Gatlin*
                OF COUNSEL