## **EXHIBIT 1**

**List of 70 Individuals Identified by Dr. Amidon-Johansson as Omitted from the June 2019 List of 1,342 Names**

1. Durrell Alexander
2. Phillip Allday
3. James Allen
4. Denina Anderson
5. Michael Barnes
6. Wendell Bedwell
7. Dondi Boatwright
8. Steve Bowen
9. Stevan Bradford
10. John Byrne
11. Bryan Darnell
12. Zachary Daugherty
13. Jody Davidson
14. Samuel Deshazo
15. Katina Dungan
16. Anna Enseroth
17. Alfred Etheridge
18. Eric Finley
19. Christopher Flummer
20. Dennis Frazier
21. Billy Freeman
22. Darrian Gamble
23. Andrew Godwin

24. Chris Graham
25. Arthur Greathouse
26. Charles Griffin
27. Alvin Guy
28. Thomas Hall
29. Celena Hamilton
30. John Harrington
31. Charles Harrison
32. Ashley Hawkins
33. Gabe Howell
34. Mario Johnson
35. Tracy Kelley
36. Towanda Kimbrough
37. Constance Knight
38. Bradley Kyser
39. Chad Lee
40. Laurie Luker
41. Nicholas Martin
42. Frelimo McGrew
43. Paul McIlwain
44. James Mosley
45. Darrel Mosley
46. Garry Moye
47. Terry Nichols
48. Robert Olinger

49. Raymond Parker
50. Roger Perkins
51. Jimmy Pettis
52. Brian Quick
53. Scott Rader
54. Victor Reed
55. Joel Rowlenson
56. William Ruck
57. Thomas Sandlin
58. Jeremie Scott
59. James Singleton
60. Michael Skipper
61. Clint Skipper
62. Timothy Slay
63. Victor Smith
64. Arthur Solomon
65. Trenton Stewart
66. Jonathon Sullivan
67. Jeremy Vick
68. Bruce White
69. Samuel Wilkie
70. Joseph Wofford