IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM HEATH HORNADY, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 1:18-cv-00317-JB-N |
| ) | |
| OUTOKUMPU STAINLESS USA, LLC ) | |
| ) | |
| Defendant. ) | |

## SATISFACTION OF JUDGMENT

On July 2, 2025, the Court entered an Order designating as final, appealed, and affirmed, certain claims (the "Determined Claims") contained in the Final Judgment (Doc. 410) entered on October 4, 2022 against Outokumpu Stainless USA, LLC ("OTK"). The damages for those Determined Claims total $12,975,038.93 plus accrued post-judgment interest.

In the Final Judgment dated October 4, 2022 (Doc. 410), the Court ordered that OTK pay to Plaintiffs $12,606,408.58 for overtime wages and liquidated damages under the FLSA and $565,549.98 in damages under Plaintiffs' common law claims for unpaid wages. (Doc. 410, PageID #6848.) In its Order dated July 2, 2025 (Doc. 488), the Court stated that final judgment would not yet be entered as to some of the damages claims contained in the October 4, 2022 Final Judgment. (Doc. 488, PageID #8507.) These damages, in the amount of $196,924.61, are not included in the Determined Claims.

Plaintiffs give notice that the Defendant has paid all sums due under the Court's July 2, 2025 Order (Doc. 488) and that the monetary judgment imposed in that Order has been satisfied. Plaintiffs acknowledge that all obligations and liability under Supersedeas Bond No. US3001499 issued by Euler Hermes North America and filed with the Court on October 28, 2022 (Doc. 414)

have been satisfied in full and Plaintiffs agree that Bond No. US3001499 may be released in its entirety.

Respectfully submitted,

*/s/ Ian D. Rosenthal*

Ian D. Rosenthal
Davis, Davis & Associates
P.O. Box. 2925
Daphne, AL 36526
ian@ddalawfirm.com

Patrick H. Sims
Sims Law Firm
P.O. Box 7112
Mobile, AL 36670
patrick@simslawfirm.net

Frederick G. Helmsing, Jr.
Jones Walker LLP
11 North Water Street, Suite 1200
Mobile, Alabama 36602
fhelmsing@joneswalker.com

## CERTIFICATE OF SERVICE

I hereby certify that I have on this the 12th day of August, 2025 electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**William H. Wasden, Esq.**
Burr & Forman, LLP
11 North Water Street – Suite 22200
Mobile, Alabama 36602
E-Mail: bwasden@burr.com

**Devin C. Dolive, Esq.**
Burr & Forman, LLP
420 North 20th Street – Suite 3400
Birmingham, Alabama 32503
E-Mail: ddolive@burr.com

**Ronald W. Flowers, Jr., Esq.**
Burr & Forman, LLP
420 North 20th Street – Suite 3400
Birmingham, Alabama 32503
E-Mail: rflowers@burr.com

**Cheri Turnage Gatlin, Esq.**
Burr & Forman, LLP
190 East Capitol Street, Ste M-100
Jackson, MS 39201
E-Mail: cgatlin@burr.com

**Natalie Cosmich, Esq.**
Burr & Forman, LLP
190 East Capitol Street, Ste M-100
Jackson, MS 39201
E-Mail: ncosmich@burr.com

/s/ Ian Rosenthal
OF COUNSEL