# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM HEATH HORNADY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 1:18-cv-00317-JB-N |
| | ) |
| OUTOKUMPU STAINLESS USA, LLC, | ) |
| | ) |
| Defendant. | ) |

**Parties' Joint Status Report Pursuant to Order Dated July 2, 2025**

**This status report is filed by counsel for Plaintiffs with the consent of counsel for Defendant.**

The Court has set the matter for a status conference on December 22, 2025. There has been no change in status since November 28, 2025.

Respectfully submitted, this the 5th of December, 2025.

>*/s/ Natalie Cosmich (with consent)*
>Natalie A. Cosmich (admitted *pro hac vice*)
>Cheri Turnage Gatlin (GATC5673)
>Devin C. Dolive (DOLID4671)
>Ronald W. Flowers, Jr. (FLOWR3635)
>H. William Wasden (WASDH4276)
>
>*Attorneys for Defendant*
>*Outokumpu Stainless USA, LLC*

**OF COUNSEL**:

Burr & Forman LLP

Mr. Dolive and Mr. Flowers:
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone:   (205) 251-3000
Facsimile:   (205) 458-5100

ddolive@burr.com
rflowers@burr.com

Mr. Wasden:
11 North Water Street, Suite 22200
Mobile, Alabama 36602
Telephone:   (251) 344-5151
Facsimile:    (251) 344-9696
bwasden@burr.com

Ms. Gatlin and Ms. Cosmich:
190 East Capitol Street, Suite M-100
Jackson, Mississippi 39211
Telephone:  601-355-3434
Facsimile:  601-355-5150
cgatlin@burr.com
ncosmich@burr.com

/s/ Ian Rosenthal
Ian D. Rosenthal (ROSEI6905)
Patrick H. Sims (SIMSP8145)
Frederick G. Helmsing, Jr. (HELMF3421)
**Attorneys for Plaintiffs**

DAVIS, DAVIS AND ASSOCIATES, P.C.
Ian D. Rosenthal
27180 Pollard Road
Daphne, AL 36526
Telephone:  (251) 621-1555
ian@ddalawfirm.com

SIMS LAW FIRM, LLC.
Patrick H. Sims
Post Office Box 7112
Mobile, AL 36670
Telephone: (251) 490-9424
patrick@simslawfirm.net

JONES WALKER, LLP
Frederick G. Helmsing, Jr.
11 North Water Street, Suite 1200
Mobile, Alabama 36602
Telephone: (251) 432-1414
Facsimile: (251) 439-7356
fhelmsing@joneswalker.com